UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for admission *pro hac vice* of Patrick C. English, Esq. of the law firm Dines and English, LLC, 685 Van Houten Avenue, Clifton, NJ 07013, (973) 778-7575, for purposes of appearing as lead counsel on behalf of Plaintiff, Mahmoud Charr, in the above-styled case only; and, pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Patrick C. English to receive electronic filings in this case, and in support thereof states as follows:

    1.    Patrick C. English, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of numerous bars including the State and Federal Courts



CASE NO.:  21-cv-61654-WPD

of New Jersey, as well as the United States District Courts for the Southern and Eastern Districts of New York, Connecticut, and the Northern District of Illinois.

2. Movant, Jared M. Lopez, Esquire, of the law firm of Black Srebnick, P.A., 201 South Biscayne Blvd., Suite 1300, Miami, FL 33131, (305) 371-6421, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Patrick C. English, Esq. has made payment of this Court's $200.00 admission fee. A certification in accordance with Local Rule 4(b) is attached hereto.

4. Patrick C. English, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at email address: Dinesandenglish@aol.com.

WHEREFORE, Movant Jared M. Lopez moves this Court to enter an Order admitting Patrick C. English to appear before this Court on behalf of Plaintiff, Mahmoud Charr, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to Patrick C. English.

Dated: August 10, 2021

2



CASE NO.: 21-cv-61654-WPD

                                      Respectfully submitted,

                                      BLACK SREBNICK, P.A.
                                      201 S. Biscayne Boulevard, Suite 1300
                                      Miami, Florida 33131
                                      305-371-6421 Telephone
                                      305-358-2006 Fax

                                  By:    s/Jared Lopez
                                           Jared Lopez, Esq.
                                           Florida Bar No. 103616
                                         Donald J. Hodson, Esq.
                                         Florida Bar No. 120256
                                         JLopez@RoyBlack.com
                                         DHodson@RoyBlack.com
                                         civilpleadings@royblack.com

                                  *Counsel for Plaintiff Mahmoud Charr*

CASE NO.: 21-cv-61654-WPD

## CERTIFICATION OF PATRICK C. ENGLISH

Patrick C. English, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of the State and Federal Courts of New Jersey, as well as the United States District Courts for the Southern and Eastern Districts of New York, Connecticut, and Northern District of Illinois; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

s/ Patrick C. English
Patrick C. English

## CERTIFICATE OF SERVICE

I certify that on August 10, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/Jared Lopez
Jared Lopez

4

**BlackSrebnick**
CIVIL | CRIMINAL