UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERALE DIVISION
CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.

_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

    THIS CAUSE comes before the Court on the Motion to Appear *Pro Hac Vice* for Patrick C. English, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Based upon a review of the record and having considered the relevant factors, it is hereby

    **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Patrick C. English may appear and participate in this action on behalf of Plaintiff, Mahmoud Charr. The Clerk shall provide electronic notification of all electronic filings to Patrick C. English at: Dinesandenglish@aol.com.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of August, 2021.

                                                 HONORABLE WILLIAM P. DIMITROULEAS
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF