UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## DEFENDANTS DON KING AND DON KING PROMOTIONS, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants, Don King and Don King Promotions, Inc., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6 and S.D. Fla. L.R. 7.1, hereby submit this Unopposed Motion for Enlargement of Time to Respond (the "Unopposed Motion") to the Complaint [DE 1] filed by Plaintiff Mahmoud Charr and in support of the request state:

1. Plaintiff filed his Complaint on August 10, 2021.

2. Defendants were served with the Complaint.

3. Defendants' response to the Complaint is due on or before August 31, 2021.

4. Having recently engaged the undersigned law firm, Defendants seek and Plaintiff does not oppose a twenty-one (21) day extension of time through and including September 21, 2021 for Defendants to respond to the Complaint.

5. Counsel for Plaintiff has no objection to this request.

6. This Motion is brought in good faith and is not being made for purposes of delay or any other improper or dilatory purpose. A proposed Order accompanies this Motion.

7. As required by this Court's Local Rules, Defendants' counsel conferred with counsel for Plaintiff, Jared Lopez, Esq., to inquire whether Plaintiff agreed to or opposed this request for an extension of time. Counsel for Plaintiff stated that Plaintiff agrees to and does not object to this request.

WHEREFORE, Defendants, Don King and Don King Promotions, Inc., respectfully request that this Court grant them an enlargement of time up to and including September 21, 2021, to file their response to the Complaint [DE 1] together with such other and further relief that this Court deems appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Defendants Don King and Don King Promotions, Inc. certifies that he conferred on August 30, 2021, vie e-mail with Plaintiff's counsel regarding the relief requested in this Unopposed Motion and Mr. Lopez stated that he has no objection to the Unopposed Motion and the relief requested herein.

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
*Counsel for Defendants Don King and Don King Promotions, Inc.*
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, FL 33131

By: /s/ Alejandro Brito
ALEJANDRO BRITO
Florida Bar No. 098442
abrito@zarcolaw.com
apiriou@zarcolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31st, 2021 the foregoing Notice of Appearance was served via the Court's CM/ECF System upon:

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

Patrick English, Esq.
New Jersey Bar No. 023811978
dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300 Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

Jared Lopez, Esq.
Florida Bar No. 103616
Donald Hodson, Esq.
Florida Bar 120256
JLopez@RoyBlack.com
DHodson@RoyBlack.com
civilpleadings@royblack.com

By: /s/ *Alejandro Brito*