**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation, EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS DON KING AND DON KING PROMOTIONS, INC'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

This cause, having come before this Court upon Defendants, Don King and Don King Promotions, Inc.'s Motion for Enlargement of Time (the "Motion") to Respond to Complaint and the Court having reviewed the file and the pleadings, and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

The Motion is hereby GRANTED. Defendants shall have through and including September 21, 2021, respond to the Complaint.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this ____ day of September, 2021.

                                                                                                _____
                                                                                                William P. Dimitrouleas
                                                                                                UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to: Counsel of Record