UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61654-CIV-DIMITROULEAS

MAHMOUD CHARR,

    Plaintiff,

vs.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation, EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation, and JOHN DOES 1 - 5,

    Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court on Defendants Don King and Don King Promotions, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion") [DE 10], filed herein on August 31, 2021. The Court has carefully considered the Motion, notes that is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Motion [DE 10] is **GRANTED**; and

2.     Defendants Don King and Don King Promotions, Inc. shall respond to the Complaint on or before September 21, 2021.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of September, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record