UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR,                                             CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE**

    Plaintiff, Mahmoud Charr, by and through his undersigned counsel and pursuant to Local Rule 7.1, hereby files this Motion for Enlargement of Time to Respond to the Motion to Dismiss filed by Defendants, Don King and Don King Productions, Inc., and states:

    1.    Plaintiff filed the instant lawsuit against Defendants on August 10, 2021. *See* DE 1.

    2.    On August 31, 2021, Defendants filed an Unopposed Motion for Enlargement of Time to Respond to the Complaint, which was granted September 2, 2021. *See* DE 10.

    3.    On September 21, 2021, Defendants filed a Motion to Dismiss the Complaint and Motion to Strike ("Defendant's Motion"). *See* DE 12.

    4.    Pursuant to Local Rule 7.1, Plaintiff's response to Defendants' Motion is due by or before October 5, 2021.

5.   Defendants' Motion raises numerous arguments concerning an array of complex legal issues currently in dispute.

6.   For this reason, Plaintiff requires additional time to respond to the arguments set forth in Defendants' Motion.

7.   Defendants' counsel has no objection to providing Plaintiff a twenty-one (21) day extension to respond such that Plaintiff's response would be due by or before October 26, 2021.

8.   Plaintiff seeks the requested extension for good cause and not for any improper purpose or for delay.

9.   A proposed order granting Plaintiff the requested extension accompanies this motion in accordance with Local Rule 7.1(a)(2).

WHEREFORE, Plaintiff, Mahmoud Charr, requests a twenty-one (21) day enlargement of time to respond to the Motion to Dismiss and Motion to Strike filed by Defendants, Don King and Don King Productions, Inc., such that Plaintiff's response is due by or before October 26, 2021.

**CERTIFICATE OF PRE-FILING/GOOD FAITH
CONFERENCE PURSUANT TO LOCAL RULE 7.1(a)(3)**

Plaintiff's counsel conferred with Defendants' counsel, Mr. Alejandro Brito, about the requested extension sought by this motion in an email exchange occurring September 28, 2021, and Mr. Brito stated he does not object to the relief requested.

Dated: September 30, 2021

Respectfully submitted,

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By:  /s/ Jared Lopez
    Jared Lopez, Esq.
    Florida Bar No. 103616
    Donald J. Hodson, Esq.
    Florida Bar No. 120256
    JLopez@RoyBlack.com
    DHodson@RoyBlack.com
    civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:  /s/ Patrick C. English
    Patrick English, Esq.
    New Jersey Bar No. 023811978
    dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing was filed with the Court this 30th day of September 2021 and electronically served via the CM/ECF system on: Mr. Alejandro Brito, Esq., Zarco Einhorn Salkowski & Brito, P.A., One Biscayne Tower, 2 South Biscayne Blvd., 34th Floor, Miami, Florida 33131, abrito@zarcolaw.com and apirious@zarcolaw.com.

By: /s/ Jared Lopez
Jared Lopez, Esq.