UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR,                                            CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE

THIS CAUSE came before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss and Motion to Strike ("Plaintiff's Motion"), and the Court having reviewed Plaintiff's Motion, the pleadings, and otherwise being fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

Plaintiff's Motion is GRANTED. Plaintiff shall have until and including October 26, 2021 to file any response to Defendants' Motion to Dismiss and Motion to Strike.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this _____ day of September, 2021.

 

_____
William P. Dimitrouleas
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:   Counsel of Record