UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,                                           CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
## DEFENDANTS' MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE

THIS CAUSE came before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss and Motion to Strike ("Plaintiff's Motion"), filed September 30, 2021. [DE 13].  The Court having reviewed Plaintiff's Motion, noting that it is unopposed, and otherwise being fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that:

Plaintiff's Motion [DE 13] is **GRANTED**.  Plaintiff shall have until and including October 26, 2021 to file any response to Defendants' Motion to Dismiss and Motion to Strike [DE 12].

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 30th day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

CASE NO. 21-cv-61654-WPD

Copies furnished to:

Counsel of Record