AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MAHMOUD CHARR,<br><br>Plaintiff,<br><br>*Plaintiff(s)*<br><br>v.<br><br>DON KING, individually,<br>DON KING PRODUCTIONS, INC., a foreign corporation, EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation, and JOHN DOES 1 - 5,<br><br>*Defendant(s)* | Civil Action No. 21-CV-61654-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EPIC SPORTS AND ENTERTAINMENT, INC.
5 Calhoun Avenue, Unit 306
Destin, Florida 32541
c/o Secretary of State
P.O. Box 6327
Tallahassee, Florida 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JARED LOPEZ
BLACK, SREBNICK
201 S. Biscayne Boulevard
Suite 1300
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/1/2021



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Janier Arellano*
Deputy Clerk
U.S. District Courts