UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,                                        CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on August 10, 2021. *See* [DE 1]. However, there is no indication that Defendants Epic Sports and Entertainment, Inc. and John Does 1-5 have been served.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **November 16, 2021**, Plaintiff shall either perfect service upon Defendants Epic Sports and Entertainment, Inc. and John Does 1-5, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal of these Defendants without prejudice.

CASE NO. 21-cv-61654-WPD

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of November, 2021.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record