UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR,                                             CASE NO. 21-cv-61654-WPD

     Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

     Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURNS OF SERVICE**
**OF SUMMONS AND COMPLAINT ON DEFENDANTS**

     Plaintiff, Mahmoud Charr, hereby gives notice of the filing of the Returns of Service of Civil Action Summons and Complaint on Defendants Don King Productions, Inc. on August 12, 2021 attached hereto as Exhibit "A" and Epic Sports and Entertainment, Inc. on August 26, 2021 attached hereto as Exhibit "B".

     Attorney Alejandro Brito of the law firm of Zarco Einhorn Salkowski & Brito, P.A. has accepted service of process on August 30, 2021 on behalf of Don King individually and Don King Productions, Inc.

Dated: November 11, 2021

        Respectfully submitted,
        BLACK SREBNICK, P.A.
        201 S. Biscayne Boulevard, Suite 1300
        Miami, Florida 33131
        305-371-6421 Telephone
        305-358-2006 Fax

        By:  /s/ Jared Lopez
            Jared Lopez, Esq.
            Florida Bar No. 103616
            Donald J. Hodson, Esq.
            Florida Bar No. 120256
            JLopez@RoyBlack.com
            DHodson@RoyBlack.com
            civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:  /s/ Patrick C. English
      Patrick English, Esq.
      New Jersey Bar No. 023811978
      dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

**BlackSrebnick**
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | *p* 305.371.6421 *f* 305-358-2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing was filed with the Court this 11th day of November 2021 and electronically served via the CM/ECF system on: Mr. Alejandro Brito, Esq., Zarco Einhorn Salkowski & Brito, P.A., One Biscayne Tower, 2 South Biscayne Blvd., 34th Floor, Miami, Florida 33131, abrito@zarcolaw.com and apirious@zarcolaw.com.

By: /s/ Jared Lopez
Jared Lopez, Esq.