# EXHIBIT A

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:21-CV-61654

Plaintiff:
**MAHMOUD CHARR**

vs.

Defendant:
**DON KING, ET AL**

For:
Jared Lopez, Esq.
BLACK SREBNICK ET AL.
201 South Biscayne Blvd
Suite 1300
Miami, FL 33131

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS,LLC on the 11th day of August, 2021 at 4:31 pm to be served on **DON KING PRODUCTIONS INC C/O CT CORPORATION SYSTEM, 1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Susan Pineiro, do hereby affirm that on the **12th day of August, 2021** at **11:05 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SPECIALIST AT REGISTERED AGENT** for **DON KING PRODUCTIONS INC**, at the address of: **1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2). Notary not required.

Susan Pineiro
SPS#1065

**LEGAL PROCESS SERVICE & INVESTIGATIONS,LLC**
**8724 SW 72 STREET #402**
**MIAMI, FL 33173**
**(305) 412-1178**

Our Job Serial Number: LIM-2021002139
Ref: 541.01

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MAHMOUD CHARR, )
)
Plaintiff, )
)
*Plaintiff(s)* )
v. ) 0:21-cv-61654-WPD
DON KING, individually, )
DON KING PRODUCTIONS, INC., a foreign )
corporation, EPIC SPORTS AND ENTERTAINMENT, )
INC., a Florida corporation, and JOHN DOES 1 - 5, )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DON KING PRODUCTIONS, INC.
CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JARED LOPEZ
BLACK, SREBNICK
201 S.Biscayne Boulevard
Suite 1300
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/10/2021

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Janier Arellano
Deputy Clerk
U.S. District Courts