# EXHIBIT B

## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 0:21-CV-61654

**Plaintiff: MAHMOUD CHARR**
vs.
**Defendant: DON KING, ET AL**

For:
Jared Lopez, Esq.
BLACK SREBNICK ET AL.
201 South Biscayne Blvd
Suite 1300
Miami, FL 33131

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 25th day of August, 2021 at 1:53 pm to be served on **EPIC SPORTS AND ENTERTAINMENT INC C/O CORPORATE OFFICER IVAYLO GOTZEV, 81 VIA DI MELLO, HENDERSON, NV 89011.**

I, Anthony Spada, do hereby affirm that on the **26th day of August, 2021** at **5:23 pm, I:**

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT** with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me, to: **MITCHELL GOTZEV** as **CO-RESIDENT OF CORPORATE OFFICER IVAYLO GOTZEV** who resides therein and who is fifteen (15) years of age or older, at the address of: **5926 GARDEN VISTA ST, LAS VEGAS, NV 89013**, the registered agent or corporate officer's usual place of **Abode**, and informed said person of the contents therein, in compliance with Fl Statutes.

**Additional Information pertaining to this Service:**
8/25/2021  4:12 pm  Attempted service was made at the address of 81 Via Di Mello, Henderson, NV 89011. This address is within a gated community. The gate directory did not contain the servee name. Access was acquired. Valerie Weber (white, female, 60 y/o, 5'9", 140 lbs., blonde hair, glasses), stated that she has been the home owner since November 2020. She stated that she did not know Ivaylo Gotzev or Epic Sports and Entertainment, Inc. She stated that mail addressed to Epic Sports and Entertainment, Inc. arrives and is returned to the sender. No vehicle was observed.

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in the jurisdiction where process was made. Under penalty of perjury, I declare the facts contained herein are true and correct.

Anthony Spada
#R-2018-06348

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
**8724 SW 72nd Street**
**#402**
**Miami, FL 33173**
**(305) 412-1178**

Our Job Serial Number: LIM-2021002257
Ref: 541.01

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MAHMOUD CHARR,<br><br>Plaintiff,<br><br>*Plaintiff(s)*<br>v.<br>DON KING, individually,<br>DON KING PRODUCTIONS, INC., a foreign corporation, EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation, and JOHN DOES 1 - 5,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  0:21-cv-61654-WPD<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EPIC SPORTS AND ENTERTAINMENT, INC.
c/o JOHN WIRT
5 Calhoun Avenue
Unit 306
Destin, Florida 32541

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JARED LOPEZ
BLACK, SREBNICK
201 S. Biscayne Boulevard
Suite 1300
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/10/2021

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Janier Arellano
Deputy Clerk
U.S. District Courts