UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,                                                CASE NO. 21-cv-61654-WPD

     Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

     Defendants.

_____ /

## <u>ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION</u>

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiff filed a Complaint in this matter on August 10, 2021. [DE 1]. Defendant Epic Sports and Entertainment, Inc. was served on August 26, 2021; as such, the deadline for Defendant Epic Sports and Entertainment, Inc. to file an answer or otherwise respond to the Complaint was September 16, 2021. *See* [DE 19].  However, as of the date of this Order, Defendant Epic Sports and Entertainment, Inc. has not responded to the Complaint.

If a defendant fails to respond to a complaint, the plaintiff may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a).  In this case, although Defendant Epic Sports and

Entertainment, Inc. failed to timely respond to the Complaint, Plaintiff has not yet moved for Clerk's Entry of Default.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff, on or before **November 22, 2021**, shall either move for Clerk's Entry of Default against Defendant Epic Sports and Entertainment, Inc. or show cause why this case should not be dismissed for a lack of prosecution; and

2. A failure to comply with this Order may result in immediate dismissal of this case without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record