UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,                                              CASE NO. 21-cv-61654-WPD

       Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

       Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANTS JOHN DOES 1-5

THIS CAUSE is before the Court *sua sponte*.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 90 days after filing the complaint. Plaintiff filed a Complaint on August 10, 2021. *See* [DE 1].  Therefore, the deadline to serve process upon Defendants John Does 1-5 under Rule 4(m) has passed. There is no indication that the Plaintiff has ascertained the identities of John Does 1-5 and no indication that they have been served.

On November 10, 2021, this Court issued an Order to Show Cause, ordering Plaintiff to show cause on or before November 16, 2021 why certain Defendants had not yet been served. [DE 18].  The Order to Show Cause stated that failure to timely respond would result in the immediate dismissal of this case as to those Defendants. Plaintiff failed to timely respond to the Order to Show Cause with regard to Defendants John Does 1-5.

CASE NO. 21-cv-61654-WPD

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Pursuant to Federal Rule of Civil Procedure 4(m), the claims against Defendants

John Does 1-5 in the above-styled action are hereby **DISMISSED without**

**prejudice**;

2.    This case shall proceed against the remaining defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 17th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record