UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR,   CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

**MOTION FOR CLERK'S ENTRY OF DEFAULT
AGAINST EPIC SPORTS AND ENTERTAINMENT, INC.**

Plaintiff, Mahmoud Charr ("Plaintiff" and/or "Charr"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 55(a) and this Court's Order to Show Cause for Lack of Prosecution [DE 20], hereby moves for Clerk's Entry of Default against Defendant, Epic Sports and Entertainment, Inc. ("Defendant" and/or "Epic Sports"), and in support thereof states as follows.

1. Plaintiff filed a Complaint for damages against Defendant on August 10, 2021. *See* Dkt. No. 1.

2. Plaintiff thereafter served Defendant with the Complaint on August 26, 2021. *See* Dkt. No. 19-2.

3. Defendant was required to file an Answer or otherwise respond to the Complaint by September 16, 2021. *See* Dkt. No. 19.

4. Defendant has since failed to do so within the prescribed timeframe. *See* Dkt. No. 20.

5. As a result, Plaintiff moves for a Clerk's Entry of Default against Defendant pursuant to Fed. R. Civ. P. 55(a) and this Court's Order to Show Cause for Lack of Prosecution.

Wherefore, Plaintiff, Mahmoud Charr, respectfully requests the Court grant this Motion for a Clerk's Entry of Default against Defendant, Epic Sports and Entertainment, Inc., in addition to any other relief the Court deems just and proper.

Dated: November 18, 2021

    Respectfully submitted,

    BLACK SREBNICK, P.A.
    201 S. Biscayne Boulevard, Suite 1300
    Miami, Florida 33131
    305-371-6421 Telephone
    305-358-2006 Fax

    By: /s/ Jared Lopez
    Jared Lopez, Esq.
    Florida Bar No. 103616
    Donald J. Hodson, Esq.
    Florida Bar No. 120256
    JLopez@RoyBlack.com
    DHodson@RoyBlack.com
    civilpleadings@royblack.com

    *Counsel for Plaintiff Mahmoud Charr*

2



www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421 f 305.358-2006

                          DINES AND ENGLISH LLC
                          685 Van Houten Avenue
                          Clifton, New Jersey 07013
                          973-778-7575 Telephone
                          973-778-7633 Fax

By:   /s/ Patrick C. English
       Patrick English, Esq.
       New Jersey Bar No. 023811978
       dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was filed with the Court this 18th day of November 2021 and electronically served via the CM/ECF system on: Mr. Alejandro Brito, Esq. (Counsel for Don King and Don King Productions, Inc.), Zarco Einhorn Salkowski & Brito, P.A., One Biscayne Tower, 2 South Biscayne Blvd., 34th Floor, Miami, Florida 33131, abrito@zarcolaw.com and apirious@zarcolaw.com.

By: /s/ Jared Lopez
     Jared Lopez, Esq.