UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR,                                          CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST EPIC SPORTS AND ENTERTAINMENT, INC.

THIS CAUSE came before the Court on Plaintiff, Mahmoud Charr's ("Plaintiff" and/or "Charr"), Motion for Clerk's Entry of Default against Defendant, Epic Sports and Entertainment, Inc., and the Court having reviewed Plaintiff's Motion, the pleadings, and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

Plaintiff's Motion for Clerk's Entry of Default is GRANTED.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this _____ day of November 2021.

                                                  William P. Dimitrouleas
                                                UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:   Counsel of Record