# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR

CASE NUMBER
0:21−cv−61654−WPD

PLAINTIFF(S)

v.

DON KING, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**EPIC SPORTS AND ENTERTAINMENT, INC.**

as of course, on the date November 18, 2021.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Janier Arellano*
Deputy Clerk

cc: Judge William P. Dimitrouleas
    MAHMOUD CHARR

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)