UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,   CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiff filed a Complaint in this matter on August 10, 2021. [DE 1]. Defendant Epic Sports and Entertainment, Inc. was served on August 26, 2021; as such, the deadline for Defendant Epic Sports and Entertainment, Inc. to file an answer or otherwise respond to the Complaint was September 16, 2021. *See* [DE 19].  However, as of the date of this Order, Defendant Epic Sports and Entertainment, Inc. has not responded to the Complaint.

On November 18, 2021, the Clerk issued an Entry of Default as to Defendant Epic Sports and Entertainment, Inc. *See* [DE 23]. However, as of the date of this Order, Plaintiff has not yet moved for default judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff, on or before **December 7, 2021**, shall either move for Clerk's Entry of Default as to Defendant Epic Sports and Entertainment, Inc. or show cause why this action should not be dismissed as to Defendant Epic Sports and Entertainment, Inc. for a lack of prosecution; and

2. A failure to comply with this Order may result in immediate dismissal of this action as to Defendant Epic Sports and Entertainment, Inc., without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record