# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

**PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR FINAL DEFAULT JUDGMENTT AGAINST DEFENDANT EPIC SPORTS AND ENTERTAINMENT, INC.**

    I, Mahmoud Charr, being first duly sworn, upon oath, depose and say:

    1.    I am a foreign national residing in Germany.

    2.    I am the plaintiff in the above-captioned matter entitled *Mahmoud Charr v. Don King, et al.*, Case No. 21-CV-61654-WPD.

    3.    I make this Declaration in compliance with the requirements of Fed. R. Civ. P. 55(b) and in support of Plaintiff's Motion for Final Default Judgment Against Defendant Epic Sports and Entertainment, Inc.

4. On August 10, 2021, I, through my attorneys, filed a Complaint for damages against Defendant Epic Sports and Entertainment, Inc. in the above-captioned matter.

5. The Complaint asserts a single claim under Count I for breach of contract against Defendant Epic Sports and Entertainment, Inc.

6. My claim against Defendant Epic Sports and Entertainment, Inc. arises from Defendant Epic Sports and Entertainment, Inc.'s breach of a Promoter Agreement entered on May 26, 2019.

7. As a result of Defendant Epic Sports and Entertainment, Inc.'s breach of the Promoter Agreement entered with me on that date, I sustained actual damages in the amount of $1,000,000.00.

8. As a further result of Defendant Epic Sports and Entertainment, Inc.'s breach of the Promoter Agreement, I incurred reasonable costs to bring this action totaling $1,378.63.

9. Upon information and belief, I have effectuated proper service of the Complaint on Defendant Epic Sports and Entertainment, Inc. in this case.

10. Defendant Epic Sports and Entertainment, Inc. has since failed to plead or otherwise defend against this Complaint within the time required by the Federal Rules.

11. Defendant Epic Sports and Entertainment, Inc. is a Florida for-profit corporation and otherwise not an infant or incompetent.

12. I declare under penalty of perjury that the foregoing averments are true and correct to the best of my knowledge.

[VERIFICATION ON FOLLOWING PAGE]

9



## WRITTEN DECLARATION OF VERIFICATION

Under penalty of perjury and pursuant to Florida law, I, Mahmoud Charr, hereby declare that I have read the foregoing Declaration in Support of Plaintiff's Motion for Final Default Judgment Against Defendant Epic Sports and Entertainment, Inc., and attest that the facts set forth in this Declaration are true and correct to the best of my knowledge.

Dated this 7th day of December 2021.

_____
Mahmoud Charr

**BlackSrebnick**
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421 f 305-358-2006