# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANT EPIC SPORTS AND ENTERTAINMENT, INC.

THIS CAUSE came before the Court on Plaintiff's Motion for Default Judgment Against Defendant Epic Sports and Entertainment, Inc. and the Court having reviewed Plaintiff's motion, the pleadings, and otherwise being fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

Plaintiff's Motion is hereby **GRANTED** and a Final Default Judgment is entered against Defendant Epic Sports and Entertainment, Inc. in the amount of $1,000,000.00 and for costs in the amount of $1,378.63.

**BlackSrebnick**
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | *p* 305.371.6421 *f* 305-358-2006

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this _____ day of December 2021.

                                                          William P. Dimitrouleas
                                                          UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:   Counsel of Record