**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation, EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

Please take notice that Alejandro Brito, Esq. of the law firm of Zarco Einhorn Salkowski & Brito, P.A. hereby enters his appearance as counsel for Defendant, Epic Sports and Entertainment, Inc.

Respectfully submitted,

**ZARCO EINHORN SALKOWSKI**
**& BRITO, P.A.**
*Counsel for Defendants Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.*
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, FL 33131

By: /s/ Alejandro Brito
    ALEJANDRO BRITO
    Florida Bar No. 098442
    abrito@zarcolaw.com
    apiriou@zarcolaw.com

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on December 7, 2021 foregoing Notice of Appearance was served via the Court's CM/ECF System upon:

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

Patrick English, Esq.
New Jersey Bar No. 023811978
dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300 Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

Jared Lopez, Esq.
Florida Bar No. 103616
Donald Hodson, Esq.
Florida Bar 120256
JLopez@RoyBlack.com
DHodson@RoyBlack.com
civilpleadings@royblack.com

                By: /s/ *Alejandro Brito*