UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,  CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## ORDER DENYING AS PREMATURE PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANT EPIC SPORTS AND ENTERTAINMENT, INC.

THIS CAUSE is before the Court on Plaintiff's Motion for Final Default Judgment against Defendant Epic Sports and Entertainment, Inc., filed on December 7, 2021. [DE 26]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiff filed a Complaint in this matter on August 10, 2021. [DE 1]. Defendant Epic Sports and Entertainment, Inc. was served on August 26, 2021; as such, the deadline for Defendant Epic Sports and Entertainment, Inc. to file an answer or otherwise respond to the Complaint was September 16, 2021. *See* [DE 19]. On December 7, 2021, Plaintiff filed the instant Motion for Final Default Judgment against Defendant Epic Sports and Entertainment, Inc. *See* [DE 26].

    Rule 55 of the Federal Rules of Civil Procedure sets forth a two-step procedure for obtaining a default judgment. First, when a defendant fails to plead or otherwise defend the lawsuit, the clerk of court is authorized to enter a clerk's default. *See* Fed.R.Civ.P. 55(a).

      Second, after entry of the clerk's default, if the defendant is not an infant or an incompetent person, the court may enter a default judgment against the defendant for not appearing or defending the lawsuit. *See* Fed.R.Civ.P. 55(b)(2). Rule 55 characterizes an entry of default and a default judgment as two separate events; therefore, "[p]rior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a)." 10A Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2682 (3d ed.2007)

*Northland Ins. Co. v. Adams*, No. 11-CV-81092, 2012 WL 3291872, at *2 (S.D. Fla. June 4, 2012).

In this case, while the Court ordered Plaintiff to move for a clerk's entry of default against Defendant Epic Sports and Entertainment, Inc. on or before December 7, 2021, *see* [DE 25], Plaintiff has filed a Motion for Default Judgment prior to filing a Motion for Clerk's Entry of Default.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Final Default Judgment [DE 26] against Defendant Epic Sports and Entertainment, Inc. is hereby **DENIED AS PREMATURE**;

2. Plaintiff, on or before **December 10, 2021**, shall either move for Clerk's Entry of Default as to Defendant Epic Sports and Entertainment, Inc. or show cause why this action should not be dismissed as to Defendant Epic Sports and Entertainment, Inc. for a lack of prosecution; and

3. A failure to comply with this Order may result in immediate dismissal of this action as to Defendant Epic Sports and Entertainment, Inc., without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of December, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record