UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,   CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## ORDER VACATING CLERK'S DEFAULT AGAINST DEFENDANT EPIC SPORTS AND ENTERTAINMENT, INC.

THIS CAUSE is before the Court on the Clerk's Default Defendant Epic Sports and Entertainment, Inc. ("Epic") [DE 23], entered November 18, 2021, and Defendant Epic's Answer and Affirmative Defenses to Complaint [DE 29], filed December 8, 2021. The Court is otherwise fully advised in the premises.

This case is at its infancy, and Defendant Epic acted promptly to set aside the clerk's default against it. Moreover, defaults are disfavored. There is a long-standing preference in federal courts that litigation disputes be resolved on their merits. *Florida Physician's Ins. Co. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk's Entry of Default against Epic [DE 23] is hereby **VACATED**;

2. Defendant's Epic's Answer [DE 29] is hereby deemed filed as of December 8, 2021.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of December, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record