UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

## NOTICE OF JOINT STIPULATION TO MEDIATOR

Plaintiff, Mahmoud Charr ("Charr" and/or "Plaintiff"), and Defendants, Don King ("King"), individually, Don King Productions, Inc. ("DKP"), and Epic Sports and Entertainment, Inc. ("Epic") (collectively "Defendants"), by and through their undersigned attorneys and pursuant to this Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge [DE 34], hereby file this Notice of Joint Stipulation to Mediator and state:

    1.    The Parties hereby stipulate to the following mediator:

    Mr. Harry Schafer
    c/o Esquibel Communications Company
    2775 NW 49th Avenue
    Unit 205 (#413)
    Ocala, Florida 34482



CASE NO. 21-CV-61654-WPD

Dated this 18th day of January 2022.

Respectfully submitted,

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By:   /s/ Jared Lopez
    Jared Lopez, Esq.
    Florida Bar No. 103616
    Donald J. Hodson, Esq.
    Florida Bar No. 120256
    JLopez@RoyBlack.com
    DHodson@RoyBlack.com
    civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:   /s/ Patrick C. English
    Patrick English, Esq.
    New Jersey Bar No. 023811978
    dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

ZARCO EINHORN SALKOWSKI & BRITO, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, Florida 33131

By: /s/ Alejandro Brito
    Alejandro Brito, Esq.
    Florida Bar No. 098442
    abrito@zarcolaw.com
    apiriou@zarcolaw.com

*Counsel for Defendants Don King, Don King Productions, Inc., and Epic Sports and Entertainment, Inc.*

CASE NO. 21-CV-61654-WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court this 18th day of January 2022 and electronically served via the CM/ECF system on: Mr. Alejandro Brito, Esq., Zarco Einhorn Salkowski & Brito, P.A., One Biscayne Tower, 2 South Biscayne Blvd., 34th Floor, Miami, Florida 33131, abrito@zarcolaw.com and apirious@zarcolaw.com.

By: /s/ Jared Lopez
      Jared Lopez, Esq.