UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation, EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

### [PROPOSED] ORDER GRANTING DEFENDANTS DON KING, DON KING PROMOTIONS, INC. AND EPIC SPORTS AND ENTERTAINMENT, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY

This cause, having come before this Court upon Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.'s Motion for Enlargement of Time (the "Motion") to Respond to Plaintiff's Discovery and the Court having reviewed the file and the pleadings, and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

The Motion is hereby GRANTED. Defendants shall have through and including June 8, 2022, serve their responses to the Requests for Production and First Sets of Interrogatories, served by Plaintiff on April 18, 2022.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this ____ day of June, 2022.

                                                                   _____
                                                                   Magistrate Judge Patrick M. Hunt

Copies Furnished to: Counsel of Record