UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,                                        CASE NO. 21-cv-61654-WPD

      Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

      Defendants.
_____ /

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Amend Complaint, filed

July 10, 2022. [DE 43] (the "Motion"). The Court has considered the Motion, notes that no

response has been filed to the Motion and that the response deadline has passed, and is otherwise

fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 43] is hereby **GRANTED**;

2. Plaintiff shall separately electronically file his amended complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

3rd day of August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record