CASE NO. 21-CV-61654-WPD

# EXHIBIT A



AGREEMENT

1. Don King Productions, Inc. ("DKP") and Epic Sports & Entertainment, Inc. ("Epic") agree to collaborate and work cooperatively with respect to the "Don King's Epic Quest for Peace," with the actual name to be determined by Don King ("DK").

2. Mahmoud Charr ("Charr") agrees that DKP and Epic shall be his co-promoters on an equal 50-50 basis. The term of such co-promotion shall be for a minimum period of two years or as long as Charr is world champion of the WBA, WBC, IBF and/or WBO (including if Charr ceases to be champion and regains such a world title during the two year period referred to below) plus two years after he ceases to be a world champion. While Charr is a world champion his fee for his bouts will be negotiated and mutually agreed upon in good faith but not less than $1,000,000, unless otherwise agreed upon by the parties. DKP and Epic agree to offer Charr a minimum of two bouts during each year of the term hereof. If Charr loses a bout or ceases to be world champion, then his purse for all subsequent bouts hereunder will be negotiated and mutually agreed upon in good faith based on the then prevailing market conditions for Charr's bouts.

[handwritten left margin: I.G. / DK purse / MC.]

3. For the Charr vs. Trevor Bryan ("Bryan") bout (the "Charr Bryan Bout") if DKP is the winner of the purse bid for the Charr Bryan Bout, Charr agrees to accept his purse share as determined by the WBA, provided, however, that if such purse bid share is less than $1,000,000 to Charr then the promotion will supplement Charr's purse to One Million Dollars. However, if DKP and Epic promote Charr Bryan Bout in Bulgaria, Charr agrees to accept as his purse for the Charr Bryan Bout the sum of US$1,000,000.

4. The parties further understand and agree that DKP intends to bid at least $1,000,000 at the May 26, 2019 purse bid for the Charr Bryan Bout. The Charr Bryan Bout will be promoted by and conducted in accordance with and the officials shall be designated in conformity with the WBA rules and regulations. If DKP wins such Purse Bid, then notwithstanding DKP's rights to promote the Charr Bryan Bout pursuant to the WBA rules and regulations, the WBA shall be the ultimate authority governing the Charr Bryan Bout.

[handwritten left margin: I.G / the WBA / DK / MC.]
[handwritten right margin: I.G / by the WBA / DK / MC.]

5. This Agreement is governed by Florida law. The exclusive forum for any disputes shall be the courts located in the state of Florida.

DON KING PRODUCTIONS, INC.

By: [signature: Don King]

Mahmoud Charr

EPIC SPORTS & ENTERTAINMENT, INC.

By: [signature]

State of Florida    County of BROWARD
Sworn to (or affirmed) and subscribed before me this 26 day of MAY, 20 19.
By IVAYLO GOTZEV
Personally known X OR produced identification ____
Type of identification produced ____

[signature] Grace Johansson, Notary Public
My Commission Expires 08/14/2022

GRACE V. JOHANSSON
Notary Public - State of Florida
Commission # GG 245665
My Comm. Expires Aug 14, 2022
Bonded through National Notary Assn.

BlackSrebnick
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421 f 305-358-2006