CASE NO. 21-CV-61654-WPD

# EXHIBIT E

53



www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | *p* 305.371.6421 *f* 305-358-2006

title vacant. Likewise, failure by an official contender to comply with any of these rules can result in removal by the Chairman of recognition as official contender. WBA Rule C.14.

F. Purse bids and notifications related thereto are covered under Chapter D of the WBA Rules.

### III. DECISION

A. In order to end the deadlock that currently exists between Charr and Bryan, the Committee again will call for purse bids. The bids must be submitted at the purse bid opening, which is scheduled for March 02, 2020 at the WBA Central office in Panama City, Panama, at 11:00 a.m, and shall be chaired by Mr. Aurelio Fiengo. This call for bids will be vacated if the Committee receives a bout contract between the parties before the date for which the bid opening is scheduled. The purse split in the case of an accepted bid shall be 75% for Charr and 25% for Bryan.

B. If there is no qualified acceptable bid received, the Committee and the Ratings Committee may take appropriate action regarding the status of Charr and Bryan. If a qualified bid is accepted by the Committee, the parties must present a bout contract signed by both parties within the period set by the rules. If the parties cannot agree on a contract, each may submit a signed copy of the basic standard bout contract suggested by the WBA within the same period. If either boxer fails, or both boxers fail, to comply with this Resolution, appropriate action will be taken regarding the status of the non- compliant boxer.

Date: February 19, 2020

Carlos Chavez
Championship Committee Chairman