UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.

    Defendants.
_____/

## DEFENDANTS DON KING, DON KING PROMOTIONS, INC. AND EPIC SPORTS AND ENTERTAINMENT, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6 and S.D. Fla. L.R. 7.1, hereby submit this Motion for Enlargement of Time to Respond (the "Motion") to the Amended Complaint [DE 45] filed by Plaintiff Mahmoud Charr, and in support of the Motion state:

    1.    Plaintiff filed his Amended Complaint on August 8, 2022.

    2.    Defendants' response to the Amended Complaint is due on or before August 23, 2022.

    3.    Defendants' counsel is currently in the process of moving and changing law firms and requires a fourteen (14) day extension of time through and including September 6, 2022 to prepare the response to the Amended Complaint.

4.     This Motion is brought in good faith and is not being made for purposes of delay or any other improper or dilatory purpose.  A proposed Order accompanies this Motion.

## CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc., certifies that he attempted to confer on August 22, 2022 vie e-mail with Plaintiff's counsel regarding the relief requested in this Motion.  By the time of the filing of this motion, the undersigned counsel has not received a response from Plaintiff's counsel.

WHEREFORE, Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc., respectfully request that this Court grant them an enlargement of time up to and including September 6, 2022, to file their response to the Amended Complaint [DE 45] together with such other and further relief that this Court deems appropriate.

                Respectfully submitted,

                **ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
*Counsel for Defendants Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.*
One Biscayne Tower
2 South Biscayne Boulevard
34th Floor
Miami, FL 33131

By: /s/ Alejandro Brito
    ALEJANDRO BRITO
    Florida Bar No. 098442
    abrito@zarcolaw.com
    apiriou@zarcolaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 22nd, 2022 the foregoing Motion was served via the Court's CM/ECF System upon:

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

Patrick English, Esq.
New Jersey Bar No. 023811978
dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300 Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

Jared Lopez, Esq.
Florida Bar No. 103616
Donald Hodson, Esq.
Florida Bar 120256
JLopez@RoyBlack.com
DHodson@RoyBlack.com
civilpleadings@royblack.com

By: /s/ *Alejandro Brito* _____