UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS DON KING, DON KING PROMOTIONS, INC. AND EPIC SPORTS AND ENTERTAINMENT, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT**

    This cause, having come before this Court upon Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.'s Motion for Enlargement of Time (the "Motion") to Respond to Amended Complaint and the Court having reviewed the file and the pleadings, and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

    The Motion is hereby GRANTED. Defendants shall have through and including September 6, 2022, to respond to the Amended Complaint.

    DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this ____ day of August, 2022.

                                                  _____
                                                  William P. Dimitrouleas
                                                  UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to: Counsel of Record