**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.

    Defendants.
_____/

## NOTICE OF CONSENT

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc. ("Defendants"), certifies that he conferred on August 22, 2022 vie e-mail with Plaintiff's counsel regarding the relief requested in this Defendants' Motion for Enlargement of Time to Respond to Amended Complaint [DE 49]. Plaintiff's counsel has confirmed that Plaintiff has no objection to the Motion.

                              Respectfully submitted,

                              **ZARCO EINHORN SALKOWSKI**
                              **& BRITO, P.A.**
                              *Counsel for Defendants Don King, Don King*
                              *Promotions, Inc. and Epic Sports and*
                              *Entertainment, Inc*.
                              One Biscayne Tower
                              2 South Biscayne Boulevard
                              34th Floor
                              Miami, FL 33131

                             By: /s/ Alejandro Brito
                                  ALEJANDRO BRITO

Florida Bar No. 098442
abrito@zarcolaw.com
apiriou@zarcolaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23RD, 2022 the foregoing Motion was served via the Court's CM/ECF System upon:

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

Patrick English, Esq.
New Jersey Bar No. 023811978
dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300 Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

Jared Lopez, Esq.
Florida Bar No. 103616
Donald Hodson, Esq.
Florida Bar 120256
JLopez@RoyBlack.com
DHodson@RoyBlack.com
civilpleadings@royblack.com

By: /s/ *Alejandro Brito*