UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.

_____/

## ORDER GRANTING DEFENDANTS DON KING, DON KING PROMOTIONS, INC. AND EPIC SPORTS AND ENTERTAINMENT, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT

THIS CAUSE having come before this Court upon Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.'s Motion for Enlargement of Time (the "Motion") to Respond to Amended Complaint [DE 49] and the Court having reviewed the file, noting that the Motion is unopposed, and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion [DE 49] is hereby **GRANTED**. Defendants shall have through and including September 6, 2022, to respond to the Amended Complaint.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 23rd day of August, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:

Counsel of Record