# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

MAHMOUD CHARR,             CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.

    Defendants.
_____/

## DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL

Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc. ("Defendants"). hereby move this Court for entry of an Order permitting substitution of counsel of record. In support of their Motion, Defendants state as follows:

1. Attorney Alejandro Brito, along with the law firm of Zarco, Einhorn, Salkowski & Brito, P.A. is counsel of record in this matter for the Defendants.

2. Mr. Brito, lead counsel for the Defendants, has formed the law firm of Brito, PLLC.

3. As a result of Mr. Brito's departure from Zarco, Einhorn, Salkowski & Brito, P.A, such firm and its other individual attorneys will no longer have any ongoing role in this case, and therefore, the Brito, PLLC firm needs to be substituted for Zarco, Einhorn, Salkowski & Brito, P.A as counsel for the Defendants.

4. Zarco, Einhorn, Salkowski & Brito P.A. and its individual attorneys will no longer have from any further responsibility in connection with the representation of Defendants in this matter.

DocuSign Envelope ID: 2EADBD18-5199-4632-96B4-B68F8BBCA46F
Case 0:21-cv-61654-WPD   Document 53   Entered on FLSD Docket 09/07/2022   Page 2 of 4

5. Attached to this Motion as Exhibit A is the proposed form of Order granting this Motion.

**DEFENDANTS' CONSENT TO THE MOTION FOR
<u>SUBSTITUTION OF COUNSEL</u>**

Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc. relieving Zarco, Einhorn, Salkowski & Brito, P.A. and its individual attorneys of any further responsibility in connection with representation in this matter and substituting Alejandro Brito, Esq. from the law firm of Brito, PLLC as counsel of record on behalf of Defendants.

_____  _____
Don King                                                                                                                                      Date

_____  _____
Representative for Don King Promotions, Inc                                                        Date

[DocuSigned by: /s/ 5A4FA00048744DD...]

_____  \_8/27/2022_____
Representative for Epic Sports and Entertainment, Inc.                                            Date

**CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT
<u>TO LOCAL RULE 7.1</u>**

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Defendants Don King, Don King Promotions, Inc. Epic Sports and Entertainment, Inc. certifies that he conferred on August 25, 2022 vie e-mail with Plaintiff's counsel regarding the relief requested in this Motion and Mr. Lopez stated that he has no objection to the Motion and the relief requested herein.

**WHEREFORE**, Defendants Don King, Don King Promotions, Inc. Epic Sports and Entertainment, Inc. respectfully request that the Court enter an Order granting this Motion, relieving the law firm of Zarco, Einhorn, Salkowski & Brito, P.A., of any further responsibility in connection with the representation of Defendants in this matter, and substituting Alejandro Brito, Esq. from the law firm Brito, PLLC. as counsel of record for the Defendants.

2

5. Attached to this Motion as Exhibit A is the proposed form of Order granting this Motion.

<strong>DEFENDANTS' CONSENT TO THE MOTION FOR<br>SUBSTITUTION OF COUNSEL</strong>

Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc. relieving Zarco, Einhorn, Salkowski & Brito, P.A. and its individual attorneys of any further responsibility in connection with representation in this matter and substituting Alejandro Brito, Esq. from the law firm of Brito, PLLC as counsel of record on behalf of Defendants.

_____*Don King*_____    _____
Don King                                                                               Date

_____            _____
Representative for Don King Promotions, Inc        Date

_____            _____
Representative for Epic Sports and Entertainment, Inc.   Date

<strong>CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT<br>TO LOCAL RULE 7.1</strong>

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Defendants Don King, Don King Promotions, Inc. Epic Sports and Entertainment, Inc. certifies that he conferred on August 25, 2022 vie e-mail with Plaintiff's counsel regarding the relief requested in this Motion and Mr. Lopez stated that he has no objection to the Motion and the relief requested herein.

**WHEREFORE**, Defendants Don King, Don King Promotions, Inc. Epic Sports and Entertainment, Inc. respectfully request that the Court enter an Order granting this Motion, relieving the law firm of Zarco, Einhorn, Salkowski & Brito, P.A., of any further responsibility in connection with the representation of Defendants in this matter, and substituting Alejandro Brito, Esq. from the law firm Brito, PLLC. as counsel of record for the Defendants.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Alejandro Brito* | /s/ *Robert Zarco* |
| **ALEJANDRO BRITO** | **ROBERT ZARCO** |
| Florida Bar No.098442 | Florida Bar No 502138 |
| Brito, PLLC | Zarco, Einhorn, Salkowski & Brito, P.A. |
| 2121 Ponce de Leon Boulevard | 2 South Biscayne Blvd., Suite 3400 |
| Suite 650 | Miami, Florida 33131 |
| T: 305.772.7474 | T: 305.374.5418 |
| abrito@britopllc.com | rzarco@zarcolaw.com |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____ the foregoing was served via the Court's CM/ECF System upon:

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

Patrick English, Esq.
New Jersey Bar No. 023811978
dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300 Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

Jared Lopez, Esq.
Florida Bar No. 103616
Donald Hodson, Esq.
Florida Bar 120256
JLopez@RoyBlack.com
DHodson@RoyBlack.com
civilpleadings@royblack.com

By: /s/ *Alejandro Brito*

3