**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR,                                    CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.

    Defendants.
_____/

**ORDER ON DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL**

**THIS CAUSE** came before the Court on Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.'s Motion for Substitution of Counsel. The Court, having reviewed the court file, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Substitution of Counsel is GRANTED.

2. Alejandro Brito, Esq. of Brito, PLLC is hereby recognized as counsel of record for Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.

3. Zarco, Einhorn, Salkowski, P.A. and its individual attorneys are hereby relieved of any and all further responsibility in this matter effective immediately.

4. Brito, PLLC shall file its Notice of Appearance and Designation of Emails upon entry of this Order.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this ____ day of September, 2022.

                                                                  _____
                                                                  William P. Dimitrouleas
                                                                  UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to: Counsel of Record