**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR,                             CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING
ASSOCIATION, INC., a foreign corporation,
and GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS/EMAIL ADDRESS

Please take notice that Alejandro Brito, Esq. files this Notice of Change of Address in the above-captioned case. All future pleadings, correspondence and orders shall be sent to:

**BRITO, PLLC**
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
abrito@britopllc.com
apiriou@britopllc.com

**[LEFT INTENTIONALLY BLANK]**

        Respectfully submitted,

        **BRITO, PLLC**
        *Counsel for Defendants Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.*
        2121 Ponce de Leon Boulevard
        Suite 650
        Miami, FL 33134
        Office:  305-614-4071
        Fax:  305-440-4385

By: /s/ *Alejandro Brito*
        **ALEJANDRO BRITO**
        Florida Bar No. 098442
        abrito@britopllc.com
        apiriou@britopllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2022 the foregoing was served via the Court's CM/ECF System upon:

Patrick English, Esq.
New Jersey Bar No. 023811978
DINES AND ENGLISH, LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
dinesandenglish@aol.com

Jared Lopez, Esq.
Florida Bar No. 103616
Donald Hodson, Esq.
Florida Bar 120256
BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard,
Suite 1300 Miami, Florida 33131
JLopez@RoyBlack.com
DHodson@RoyBlack.com
civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

        By: /s/ *Alejandro Brito*