**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR,                              CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.

    Defendants.
_____/

**DEFENDANTS' NOTICE OF WITHDRAWAL OF**
**MOTION FOR SUBSTITUTION OF COUNSEL**

Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc. ("Defendants"), hereby withdraw their Motion for Substitution of Counsel [DE 53].

    Respectfully submitted,

**BRITO, PLLC**
*Counsel for Defendants Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.*
2121 Ponce de Leon Boulevard
Suite 650
Miami, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
    **ALEJANDRO BRITO**
    Florida Bar No. 098442
    abrito@britopllc.com
    apiriou@britopllc.com

1

**BRITO, PLLC**
2121 PONCE DE LEON BOULEVARD, SUITE 650 │ MIAMI, FLORIDA 33134

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8th, 2022 the foregoing was served via the Court's CM/ECF System upon:

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

Patrick English, Esq.
New Jersey Bar No. 023811978
dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300 Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

Jared Lopez, Esq.
Florida Bar No. 103616
Donald Hodson, Esq.
Florida Bar 120256
JLopez@RoyBlack.com
DHodson@RoyBlack.com
civilpleadings@royblack.com

By: /s/ *Alejandro Brito*