UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.
_____/

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come before this Court upon the Motion for Substitution of Counsel (the "Motion") [DE 53]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The only counsel of record in this case for Defendants Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc. is Alejandro Brito. There are no attorneys to substitute or remove. If Alejandro Brito wants to change his firm affiliation in the record, he is instructed to do so utilizing the proper attorney procedures in CM/ECF, not by filing a motion with the Court.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 53] is **DENIED,** without prejudice to attorney Alejandro Brito utilizing the attorney procedures in CM/ECF to change his firm affiliation in the record.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 8th day of September, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:

Counsel of Record