UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

      Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

      Defendants.

_____ /

**PLAINTIFF'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS**

      Plaintiff, Mahmoud Charr ("Charr"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 6, hereby files this Motion for Enlargement of Time to Respond to the Motion to Dismiss Amended Complaint and Motion to Strike filed by Defendants, Don King ("King"), Don King Promotions, Inc. ("DKP"), and Epic Sports and Entertainment, Inc. ("Epic"), and in support thereof states:

      1.     Plaintiff's Amended Complaint was filed on August 8, 2022.

      2.     Defendants King, DKP, and Epic filed an unopposed Motion for Enlargement of Time to Respond to Amended Complaint on August 22, 2022, which was granted.

**BlackSrebnick**
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421 f 305-358-2006

CASE NO. 21-CV-61654-WPD

3.      Defendants King, DKP, and Epic filed a Motion to Dismiss Amended Complaint and Motion to Strike on September 6, 2022.

4.      Plaintiff's response to Defendants' motion is currently due by or before September 20, 2022.

5.      Plaintiff's counsel was recently traveling for work-related reasons and underwent a medical procedure on September 19, 2022 such that Plaintiff's counsel is expected to be out of commission for the next few days.

6.      Plaintiff's counsel has requested an enlargement of time until October 7, 2022 to respond to Defendants' Motion to Dismiss and Motion to Strike in light of the circumstances, which Defendants' counsel does not oppose.

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1</u>

Plaintiff's counsel, Patrick English, pursuant to S.D. Fla. L. R. 7.1(a)(3), hereby certifies that he conferred with Defendant's counsel, Alejandro Brito, via e-mail on September 20, 2022 and that Defendant's counsel does not oppose the requested enlargement of time.

WHEREFORE, Plaintiff, Mahmoud Charr, respectfully requests the Court enter an order granting Plaintiff an enlargement of time to respond to Defendant's Motion to Dismiss and Motion to Strike filed September 6, 2022, in addition to any other relief the Court deems just and proper.

Dated: September 20, 2022

2

**BlackSrebnick**

CIVIL | CRIMINAL

CASE NO. 21-CV-61654-WPD

Respectfully submitted,

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By:   /s/ Jared Lopez
        Jared Lopez, Esq.
        Florida Bar No. 103616
        Donald J. Hodson, Esq.
        Florida Bar No. 120256
        JLopez@RoyBlack.com
        DHodson@RoyBlack.com
        civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:   /s/ Patrick C. English
        Patrick English, Esq.
        New Jersey Bar No. 023811978
        dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY a true and correct copy of the foregoing was filed with the Court this 20th day of September 2022 and electronically served via the CM/ECF Court E-Filing system on: Mr. Alejandro Brito, Esq., Brito PLLC, 2121 Ponce de Leon Boulevard, Suite 650, Miami, Florida 33134, abrito@britopllc.com.

By: /s/ Jared Lopez
        Jared Lopez, Esq.

3

**BlackSrebnick**
CIVIL | CRIMINAL