UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS

This cause, having come before the Court upon Plaintiff, Mahmoud Charr's, Unopposed Motion for Enlargement of Time to Respond to Motion to Dismiss, and the Court having reviewed the file and the pleadings and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

Plaintiff's Motion is hereby GRANTED. Plaintiff shall have through and including October 7, 2022 to file a response to Defendants' Motion to Dismiss the Amended Complaint and Motion to Strike.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this ____ day of September, 2022.

CASE NO. 21-CV-61654-WPD

_____
William P. Dimitrouleas
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to: Counsel of record