**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR

      Plaintiff

v.

                                   Case No. 21-CV-61654-WPD

DON KING, an individual;
DON KING PRODUCTIONS, INC. a Florida
corporation;
EPIC SPORTS AND ENTERTAINMENT, a
Florida corporation;
WORLD BOXING ASSOCIATION, INC., a
foreign corporation; and
GILBERTO MENDOZA JR., individual,

      Defendants

_____/

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned counsel enters his appearance for

defendant GILBERTO MENDOZA, JR.  All future pleadings and communications are to

directed accordingly.

                                 Joseph J. Portuondo, Esq.
                                 110 Merrick Way
                                 Suite 3 - B
                                 Coral Gables, Florida 33134
                                 PH:    (305) 666 - 6640
                                 Email: jjp@portuondolaw.com

                                 By: *Joseph J. Portuondo*
                                      Joseph J. Portuondo, Esq.
                                      Fla. Bar No. 310034

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2022, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send a notice of electronic

filing to all counsel or parties of record to the Service List below:

By: /s/  *Joseph J. Portuondo*
Joseph J. Portuondo, Esq.

**SERVICE LIST**
*CASE NO.  21-CV-61654-WPD*


Alejandro Brito, Esq.
Brito, PLLC
2121 Ponce de Leon Blvd
Suite 650
Coral Gables, FL 33134
(305) 614 - 4071
abrito@britopllc.com

Donald J. Hodson, Esq.
Black Srebrink P.A.
201 S. Biscayne Blvd
Suite 1300
Miami, FL 33131
(305) 358 - 6421
dhodson@RoyBlack.com

Patrick English, Esq.
Dines and English
685 Van Houten Avenue
Clifton, NJ 07013
(973) 778 - 7575
dineandenglish@aol.com

Jared Lopez, Esq.
Black Srebrink P.A.
201 S. Biscayne Blvd
Suite 1300
Miami, FL 33131
(305) 358 - 6421
Jlopez@RoyBlack.com