UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR                                             Case No. 21-CV-61654-WPD

       Plaintiff

v.

DON KING, an individual;  DON KING
PRODUCTIONS, INC. a Florida corporation;
EPIC SPORTS AND ENTERTAINMENT, a
Florida corporation;  WORLD BOXING
ASSOCIATION, INC., a foreign corporation; and
GILBERTO MENDOZA JR., individual,

       Defendants
_____/

## DEFENDANT GILBERTO MENDOZA'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendant Gilberto Mendoza, Jr. by undersigned counsel and pursuant to Federal Rule of Civil Procedure 6 and S.D. Fla. L.R. 7.1, hereby submits this unopposed motion for enlargement of time to respond to the Amended Complaint [DE 45] filed by Plaintiff Mahmoud Charr.

1. Plaintiff filed his Amended Complaint on August 8, 2022.

2. Defendant Mendoza (through counsel) accepted the summons on September 21, 2022.

3. Defendant Mendoza's response to the Amended Complaint is due on or before October 12, 2022.

4. Due to workload and travel commitments of his counsel, Defendant seeks a twenty-one (21) day extension of time up to and including November 2, 2022.

5. Counsel for Plaintiff has no objection to this request.

6. This motion is brought in good faith and is not being made for purposes of delay or any other dilatory purpose. A proposed Order accompanies this Motion.

7. Defendant' counsel has conferred with Plaintiff's counsel Patrick English, Esq. with a request for agreement to this motion for enlargement of time. Plaintiff's counsel agrees to the request for the enlargement of time.

WHEREFORE, Defendant Gilberto Mendoza, Jr. respectfully request that the Court grant him an enlargement of time up to, and including, November 2, 2022 within to file his response to the Amended Complaint [DE 45] as well as any other relief the Court deems appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1.

Pursuant to S.D. Fla. L.R. 7.1(a)(3), counsel for Defendant Mendoza has conferred with Plaintiff's counsel, Patrick English, Esq., regarding the relief requested in this Motion and he has no objection to the relief requested herein.

Joseph J. Portuondo, Esq.
110 Merrick Way
Suite 3 - B
Coral Gables, Florida 33134
PH:   (305) 666 - 6640
Email: jjp@portuondolaw.com

By: *Joseph J. Portuondo*
      Joseph J. Portuondo, Esq.
      Fla. Bar No. 310034

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record to the Service List below:

By: /s/ *Joseph J. Portuondo*
Joseph J. Portuondo, Esq.

### SERVICE LIST
*CASE NO. 21-CV-61654-WPD*

| | |
|---|---|
| Alejandro Brito, Esq.<br>Brito, PLLC<br>2121 Ponce de Leon Blvd<br>Suite 650<br>Coral Gables, FL 33134<br>(305) 614 - 4071<br>abrito@britopllc.com<br>*Counsel for Defendants Don King,*<br>*Don King Productions, Inc.* and<br>*Epic Sport and Entertainment, Inc.* | Patrick English, Esq.<br>Dines and English<br>685 Van Houten Avenue<br>Clifton, NJ 07013<br>(973) 778 - 7575<br>dineandenglish@aol.com<br>*Counsel for Plaintiff* |
| Donald J. Hodson, Esq.<br>Black Srebrink P.A.<br>201 S. Biscayne Blvd<br>Suite 1300<br>Miami, FL 33131<br>(305) 358 - 6421<br>dhodson@RoyBlack.com<br>*Counsel for Plaintiff* | Jared Lopez, Esq.<br>Black Srebrink P.A.<br>201 S. Biscayne Blvd<br>Suite 1300<br>Miami, FL 33131<br>(305) 358 - 6421<br>Jlopez@RoyBlack.com<br>*Counsel for Plaintiff* |