**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR                                                    Case No. 21-CV-61654-WPD

       Plaintiff
v.

DON KING, an individual; DON KING
PRODUCTIONS, INC. a Florida corporation;
EPIC SPORTS AND ENTERTAINMENT, a
Florida corporation; WORLD BOXING
ASSOCIATION, INC., a foreign corporation; and
GILBERTO MENDOZA JR., individual,

       Defendants
_____/

**[PROPOSED ORDER] GRANTING DEFENDANT MENDOZA'S**
**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO THE AMENDED COMPLAINT**

      This cause, having come before the Court on "Defendant Gilberto Mendoza's Unopposed Motion for Enlargement of Time to Respond to Amended Complaint," and the Court having reviewed the file and pleadings, and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

      The Motion is GRANTED. Defendant Mendoza shall have up to, and including, November 2, 2022, to file his response to the Amended Complaint [DE 45].

      DONE AND ORDERED in chambers in Fort Lauderdale, Florida, on this ____ Day of _____ 2022.

                                                                       _____
                                                                       William P. Dimitrouleas
                                                                       UNITED STATE DISTRICT COURT JUDGE

Copies furnished to: All counsel of Record