UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, WORLD BOXING ASSOCIATION, INC.,
a foreign corporation and GILBERTO MENDOZA, JR.,
individually.

_____/

**ORDER GRANTING DEFENDANT GILBERTO MENDOZA'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AMENDED COMPLAINT**

    THIS CAUSE having come before this Court upon Defendant Gilberto Mendoza's Unopposed Motion for Enlargement of Time to Respond to Amended Complaint (the "Motion") [DE 60] and the Court having reviewed the file, noting that the Motion is unopposed, and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

    The Motion [DE 60] is hereby **GRANTED**. Defendant Gilberto Mendoza shall have through and including November 2, 2022, to respond to the Amended Complaint.

    **DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 6th day of October, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:
Counsel of Record