UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE AMENDED COMPLAINT ON DEFENDANT "WBA"

Plaintiff, Mahmoud Charr ("**Charr**"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 4(m) ("Time Limit for Service") hereby files this **Unopposed** Motion for Enlargement of Time to Serve Amended Complaint on Defendant, World Boxing Association, Inc. ("WBA"), and in support thereof states:

    1.    On August 9, 2022, counsel for Defendant, WBA, advised that she was authorized to waive service per Fed. R. Civ. P. 4. *See* Aug. 9, 2022 Email, Exhibit A.

    2.    On September 21, 2022, counsel for Plaintiff, Charr, delivered via U.S. Mail (Certified Return Receipt) a copy of the Summons, Amended Complaint, and a letter requesting



CASE NO. 21-CV-61654-WPD

Defense counsel's written confirmation that said materials were received and that service was waived pursuant to the prior agreement between counsel. *See* Service Package, Exhibit B.

3. On November 7, 2022, counsel for Plaintiff e-mailed Defense counsel to confirm the aforesaid materials were received to which Defense counsel advised they were not. *See* Nov. 7, 2022 Emails, composite Exhibit C.

4. Defense counsel advised this was possibly because Defense counsel's Miami office was new and did not have "a reliable way to accept mail . . . in September" when delivery of said materials was made. *Id.*

5. In light of the circumstances, Defense counsel advised on November 7, 2022 that she would accept service of same via e-mail whereupon Plaintiff's counsel electronically forwarded said materials to Defense counsel. *Id.*

6. For the foregoing reasons, Plaintiff's counsel has requested an enlargement of time to file proof of service of the Summons, Amended Complaint, and waiver of service with the Court with respect to Defendant, WBA, which counsel for Defendant does not oppose.

7. This motion is brought in good faith and is not being made for purposes of delay or any other improper or dilatory purpose. A proposed order accompanies this motion.

WHEREFORE, Plaintiff, Charr, requests the Court **grant** Plaintiff's **Unopposed** Motion for Enlargement of Time to Serve the Amended Complaint on Defendant, WBA, in addition to any other relief the Court deems just and proper.

### **CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), Plaintiff's counsel has conferred with Defense counsel, Stacy Rodriguez, regarding the relief requested and Defense counsel has no objection.



www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421 f 305.358-2006

CASE NO. 21-CV-61654-WPD

Dated: November 7, 2022

Respectfully submitted,

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By: /s/ Jared Lopez
    Jared Lopez, Esq.
    Florida Bar No. 103616
    Donald Hodson, Esq.
    Florida Bar No. 120256
    JLopez@RoyBlack.com
    DHodson@RoyBlack.com
    civilpleadings@royblack.com

DINES AND ENGLISH LLC
685 Van Houten
Avenue Clifton, New Jersey 07013
Tel: 973-778-7575
Fax: 973-778-7633

By: /s/ Patrick C. English
    Patrick English, Esq.
    New Jersey Bar No. 023811978
    dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court this 7th day of November 2022 and electronically served via the CM/ECF system on: Mr. Alejandro Brito, Esq., Zarco Einhorn Salkowski & Brito, P.A., One Biscayne Tower, 2 South Biscayne Blvd., 34th Floor, Miami, Florida 33131, abrito@zarcolaw.com and apirious@zarcolaw.com.

By: /s/ Jared Lopez
    Jared Lopez, Esq.

3

