CASE NO. 21-CV-61654-WPD

# EXHIBIT A

stacy.rodriguez@actuatelaw.com


Sign up here for email updates related to your areas of interest



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.


**From:** Stacy Rodriguez
**Sent:** Tuesday, August 9, 2022 3:04 PM
**To:** dinesandenglish@aol.com
**Cc:** Loly Sosa <loly.sosa@actuatelaw.com>; kellym@smithalling.com; rmack@smithalling.com
**Subject:** RE: Service or waiver of service


At this time, we have authorization to waive service per Federal Rule 4 for the WBA only if you want to send over a waiver form.


We will get back to you regarding Mr. Mendoza.


Stacy J. Rodriguez

Partner

Actuate Law LLC

641 W. Lake Street

5th Floor

Chicago, Illinois 60661

312.462.0462

stacy.rodriguez@actuatelaw.com

Sign up here for email updates related to your areas of interest



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Patrick English <dinesandenglish@aol.com>
**Sent:** Tuesday, August 9, 2022 9:37 AM
**To:** rmack@smithalling.com
**Cc:** Stacy Rodriguez <stacy.rodriguez@actuatelaw.com>; Loly Sosa <loly.sosa@actuatelaw.com>; kellym@smithalling.com
**Subject:** Re: Service or waiver of service

** EXTERNAL SENDER **

So that I am clear on this, does this include Mendoza as well?

Patrick C. English

Dines and English L.L.C.

685 Van Houten Avenue

Clifton, NJ  07013

973-778-7575 (O)

973-778-7633 (F)

201-396-7200  (mobile)

This e-mail is intended for the use of he addressee and may contain privileged or confidential information. Any copying, forwarding, printing or use of this e-mail by persons other than the addressee is not authorized. If you are not the intended recipient, please notify us by return e-mail and delete and discard all copies of this e-mail. Nothing herein should be construed as tax advice. For such advice consult your tax advisor.

In a message dated 8/8/2022 5:19:11 PM Eastern Standard Time, rmack@smithalling.com writes:

Pat:

I apologize for the delay in getting back to you. Our Florida counsel recommends service, or waiver of service under CR 4(d)(1). We could waive service following the procedures of that rule.

Robert E. Mack

Smith Alling PS

1501 Dock Street

Tacoma, Washington 98402

Phone: (253) 627-1091

Fax: (253) 627-0123

e-mail: rmack@smithalling.com

WWW.SMITHALLING.COM

CONFIDENTIAL INFORMATION. THE INFORMATION CONTAINED IN THIS TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. IT IS INTENDED ONLY FOR THE USE OF THE PERSON(S) EXPLICITLY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR DUPLICATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE, INCLUDING ELECTRONIC AND HARDCOPY.