CASE NO. 21-CV-61654-WPD

# EXHIBIT C

8



| | |
|---|---|
| From: | Stacy Rodriguez |
| To: | Donald J. Hodson |
| Cc: | Patrick English |
| Subject: | RE: Charr | Amended Complaint |
| Date: | Monday, November 7, 2022 3:33:48 PM |

Hi Donald:

No, I have not received it. If you attempted to deliver to the Miami address, the building is very new and I'm not sure we had a reliable way to accept mail there in September. I am checking with the Chicago office, but any mail directed to me is immediately scanned to me attention.

We are still willing to accept service though. Feel free to email me the papers.

Stacy J. Rodriguez
Partner
Actuate Law LLC
545 NW 26th St., Suite 640
Miami, Florida 33127
312.462.0462
stacy.rodriguez@actuatelaw.com



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Donald J. Hodson <DHodson@royblack.com>
**Sent:** Monday, November 7, 2022 2:09 PM
**To:** Stacy Rodriguez <stacy.rodriguez@actuatelaw.com>
**Cc:** Patrick English <dinesandenglish@aol.com>
**Subject:** Charr | Amended Complaint

** EXTERNAL SENDER **

Hi Stacy,

I just checked with our office and it appears a copy of the Summons/Amended Complaint and Rule 4 Waiver of Service form was delivered to your office on September 22, 2022, however I don't believe we ever received confirmation of same from you. Can you please confirm today as we will otherwise need to file a motion for extension to re-serve same.

Thanks,

Don

**Donald J. Hodson**
Attorney

**BlackSrebnick**
CIVIL | CRIMINAL
201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131

O 305-371-6421
M 530-400-7545
www.royblack.com

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

| | |
|---|---|
| **From:** | Stacy Rodriguez |
| **To:** | Donald J. Hodson |
| **Cc:** | Patrick English |
| **Subject:** | Re: Charr \| Amended Complaint |
| **Date:** | Monday, November 7, 2022 3:39:55 PM |

WBA has no opposition to an extension.

Stacy

Sent from my iPhone

> On Nov 7, 2022, at 3:38 PM, Donald J. Hodson <DHodson@royblack.com> wrote:

> ** EXTERNAL SENDER **

> Thanks for the quick response, Stacy. We will e-mail the materials now. I believe they were only mailed to your Miami location, which might explain things. Do we also have your permission to submit an unopposed motion for extension after we e-mail you everything?

> **Donald J. Hodson**
> Attorney

> **BlackSrebnick**
> CIVIL | CRIMINAL
> 201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131

> O 305-371-6421
> M 530-400-7545
> www.royblack.com

> **Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

> **From:** Stacy Rodriguez <stacy.rodriguez@actuatelaw.com>
> **Sent:** Monday, November 7, 2022 3:34 PM
> **To:** Donald J. Hodson <DHodson@royblack.com>
> **Cc:** Patrick English <dinesandenglish@aol.com>
> **Subject:** RE: Charr | Amended Complaint

Hi Donald:

No, I have not received it. If you attempted to deliver to the Miami address, the building is very new and I'm not sure we had a reliable way to accept mail there in September. I am checking with the Chicago office, but any mail directed to me is immediately scanned to me attention.

We are still willing to accept service though. Feel free to email me the papers.

Stacy J. Rodriguez
Partner
Actuate Law LLC
545 NW 26th St., Suite 640
Miami, Florida 33127
312.462.0462
stacy.rodriguez@actuatelaw.com



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Donald J. Hodson <DHodson@royblack.com>
**Sent:** Monday, November 7, 2022 2:09 PM
**To:** Stacy Rodriguez <stacy.rodriguez@actuatelaw.com>
**Cc:** Patrick English <dinesandenglish@aol.com>
**Subject:** Charr | Amended Complaint

** EXTERNAL SENDER **

Hi Stacy,

I just checked with our office and it appears a copy of the Summons/Amended Complaint and Rule 4 Waiver of Service form was delivered to your office on September 22, 2022, however I don't believe we ever received confirmation of same from you. Can you please confirm today as we will otherwise need to file a motion for extension to re-serve same.

Thanks,

Don

**Donald J. Hodson**
Attorney

**BlackSrebnick**
CIVIL | CRIMINAL
201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131

O 305-371-6421
M 530-400-7545
www.royblack.com

This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

| From: | Barbara Andrade |
| To: | stacy.rodriguez@actuatelaw.com |
| Cc: | Jared Lopez; Donald J. Hodson; bskscivil |
| Subject: | CHARR v. KING, et al. Case 0:21-cv-61654-WPD; SERVICE OF DOCUMENT [ACCEPTANCE OF SUMMONS DIRECTED TO WORLD BOXING ASSOCIATION, INC.] |
| Date: | Monday, November 7, 2022 4:10:39 PM |

| Court: | United States District Court for the Southern District of Florida | |
|---|---|---|
| Case No.: | 21-cv-61654-WPD | |
| Case Styles: | CHARR v. KING, et al.  Case 0:21-cv-61654-WPD | |
| Document[s] | *Acceptance of Service of Process [WORLD BOXING ASSOCIATION, INC. SUMMONS]* | |
| Link: | https://royblack.sharefile.com/d-se8bed5e7c97f4143be2067034a65b0c2 | |
| By: | Jared Lopez, Esq., Donald Hodson, Esq., Patrick English, Esq., 305-371-6421 | JLopez@RoyBlack.com DHodson@RoyBlack.com dinesandenglish@aol.com |
| | | |

**Barbara Andrade**
Paralegal

**BlackSrebnick**
CIVIL | CRIMINAL
201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131
O 305-371-6421
www.royblack.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.