UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

     Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

     Defendants.

_____ /

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO SERVE AMENDED COMPLAINT ON DEFENDANT
WORLD BOXING ASSOCIATION, INC. ("WBA")**

THIS CAUSE comes before the Court on Plaintiff's Unopposed Motion for Enlargement

of Time to Serve Amended Complaint on Defendant World Boxing Association, Inc. Based upon

a review of the record and having considered the relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**, and Plaintiff has until

November 27, 2022, to effectuate service of the Amended Complaint on Defendant, World Boxing

Association, Inc., and to otherwise file proof of service by or before said date.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this _____ day of

November, 2022.

_____ _____

Judge William P. Dimitrouleas
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF