UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF INTENT TO PROCEED FORWARD
WITH REMAINING COUNTS PURSUANT TO OCTOBER 31, 2022 ORDER**

    Plaintiff, Mahmoud Charr ("Charr"), by and through his undersigned counsel and pursuant to the Order on Defendants' Motion to Dismiss Amended Complaint and Motion to Strike entered October 31, 2022, hereby files this Notice of Intent to Proceed Forward with Remaining Counts Pursuant to October 31, 2022, Order and in support thereof states:

    1.    On October 31, 2022, the Court entered an Order on Defendants' Motion to Dismiss Counts I, II, IV, and VII of Plaintiff's Amended Complaint and Motion to Strike the request for attorneys' fees under Counts III and IV of the said filing ("the Order").

    2.    The Order dismissed without prejudice Count II of Plaintiff's Amended Complaint and provided in pertinent part that "[o]n or before November 14, 2022, Plaintiff shall either file a

CASE NO. 21-CV-61654-WPD

Second Amended Complaint attempting to replead Count II or file a Notice stating it intends to proceed forward on the remaining claims." [DE 63].

3. Accordingly, Plaintiff hereby files this Notice of Intent to Proceed Forward with Remaining Counts pursuant to the Order entered by the Court.

4. This Notice is filed with respect to Defendants, Don King and Don King Productions, Inc., and is not intended to impact Count II as to Defendants, Gilberto Mendoza, Jr. and World Boxing Association, Inc.

Dated: November 14, 2022

        Respectfully submitted,

        BLACK SREBNICK, P.A.
        201 S. Biscayne Boulevard, Suite 1300
        Miami, Florida 33131
        305-371-6421 Telephone
        305-358-2006 Fax

        By: /s/ Jared Lopez
            Jared Lopez, Esq.
            Florida Bar No. 103616
            Donald Hodson, Esq.
            Florida Bar 120256
            JLopez@RoyBlack.com
            DHodson@RoyBlack.com
            civilpleadings@royblack.com

        DINES AND ENGLISH LLC
        685 Van Houten Avenue
        Clifton, New Jersey 07013
        973-778-7575 Telephone
        973-778-7633 Fax

        By: /s/ Patrick C. English
            Patrick English, Esq.
            New Jersey Bar No. 023811978
            dinesandenglish@aol.com

CASE NO. 21-CV-61654-WPD

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court this 14th day of November 2022 and electronically served via the CM/ECF system on: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; Stacy J. Rodriguez, Actuate Law, 545 NW 26 St., Suite 640, Miami, Florida 33127, stacy.rodriguez@actuatelaw.com.

By: /s/ Jared Lopez
Jared Lopez, Esq.