UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation,
EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING DEFENDANT
WORLD BOXING ASSOCIATION, INC.'S EXECUTED WAIVER OF
SERVICE OF SUMMONS AND RECEIPT OF AMENDED COMPLAINT**

Plaintiff, Mahmoud Charr ("Charr"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 4(m) and the November 8, 2022, order granting Plaintiff's Unopposed Motion for Enlargement of Time to Serve Amended Complaint on Defendant, World Boxing Association, Inc. ("WBA") [DE 66], hereby files this Notice of Filing Defendant, WBA's, Executed Waiver of Service of Summons and Receipt of Amended Complaint attached hereto as Exhibit A.

Dated: November 18, 2022

CASE NO. 21-CV-61654-WPD

                Respectfully submitted,

                BLACK SREBNICK, P.A.
                201 S. Biscayne Boulevard, Suite 1300
                Miami, Florida 33131
                305-371-6421 Telephone
                305-358-2006 Fax

      By:   /s/ Jared Lopez
                Jared Lopez, Esq.
                Florida Bar No. 103616
                Donald Hodson, Esq.
                Florida Bar 120256
                JLopez@RoyBlack.com
                DHodson@RoyBlack.com
                civilpleadings@royblack.com

                DINES AND ENGLISH LLC
                685 Van Houten Avenue
                Clifton, New Jersey 07013
                973-778-7575 Telephone
                973-778-7633 Fax

      By: /s/ Patrick C. English
                Patrick English, Esq.
                New Jersey Bar No. 023811978
                dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

CASE NO. 21-CV-61654-WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court this 18th day of November 2022 and electronically served via the CM/ECF system on: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; Stacy J. Rodriguez, Actuate Law, 545 NW 26 St., Suite 640, Miami, Florida 33127, stacy.rodriguez@actuatelaw.com.

By: /s/ Jared Lopez
Jared Lopez, Esq.

**BlackSrebnick**
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | *p* 305.371.6421 *f* 305-358-2006