UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

**JOINT MOTION TO FILE AMENDED PROPOSED DISCOVERY PLAN
AND SCHEDULING REPORT FOLLOWING ADDITION OF NEW PARTIES**

    Plaintiff, Mahmoud Charr ("Charr" and/or "Plaintiff"), and Defendants, Don King ("King"), Don King Productions, Inc. ("DKP"), Epic Sports and Entertainment, Inc. ("Epic"), World Boxing Association, Inc. ("WBA"), and Gilberto Mendoza, Jr. ("Mendoza") (collectively "the Parties"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 26 and Local Rule 16.1.B.2, hereby file this Joint Motion to File Amended Proposed Discovery Plan and Scheduling Report Following Addition of New Parties, and in support thereof state:

    1.    On August 8, 2022, Plaintiff filed an Amended Complaint to include WBA and Mendoza as additional parties in this action.

CASE NO. 21-CV-61654-WPD

    2.    On September 23, 2022, counsel for Mendoza filed a notice of appearance (Dkt. 59) followed by an unopposed motion for enlargement of time to respond to Plaintiff's Amended Complaint on October 10, 2022, which was granted. (Dkt. 60).

    3.    On November 7, 2022, counsel for Charr and WBA exchanged communications regarding the status of Charr's service of the Amended Complaint on WBA during which it was discovered that USPS delivered—but WBA's counsel did not ever receive—the service package.

    4.    As a result, and after conferring with counsel for WBA about the issue, Charr filed an unopposed motion the same day (November 7, 2022) requesting an enlargement of time to re-serve/file proof of service of the Amended Complaint on WBA, which was granted by the Court (Dkt. 66).

    5.    Service of the Amended Complaint was then completed via electronic mail upon stipulation by counsel for WBA after which Charr filed a notice with the Court on November 18, 2022, advising that electronic service was made in accordance with the requirements under Fed. R. Civ. P. 4 (Dkt. 68).

    6.    Given the recent addition of WBA and Mendoza as new defendants and the delayed service of the Amended Complaint on WBA, and given that many of the deadlines set forth in the initial Discovery Plan and Scheduling Report passed before the addition of the new parties to this action, the Parties hereby file this Joint Motion to File Amended Proposed Discovery Plan and Scheduling Report Following Addition of New Parties

    7.    The Parties specifically seek entry of an order granting an extension of twenty (20) days from the date any such order is entered for the Parties to submit an Amended Proposed Discovery Plan and Scheduling Report for the foregoing reasons.

**BlackSrebnick**
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421 f 305.358-2006

CASE NO. 21-CV-61654-WPD

8. The Parties attach hereto as "Exhibit A" a proposed order granting the aforesaid requested relief.

## CERTIFICATE OF GOOD FAITH
## CONFERENCE PURSUANT TO LOCAL RULE 7.1

Counsel for the Parties jointly certify that they have conferred about the issues raised in this Motion via telephone conference/Zoom on December 9, 2022, and that the Parties agree upon the relief requested and have otherwise satisfied the good-faith conference requirements set forth under S.D. Fla. L. R. 7.1(a)(3) prior to the filing of this Motion.

WHEREFORE, the Parties respectfully request entry of order granting this Joint Motion to File Amended Proposed Discovery Plan and Scheduling Report Following Addition of New Parties and providing the Parties twenty (20) days from the date any such order is entered to submit an Amended Proposed Discovery Plan and Scheduling Report.

Dated: December 16, 2022

Respectfully submitted,

| | |
|---|---|
| BLACK SREBNICK, P.A.<br>201 S. Biscayne Boulevard, Suite 1300<br>Miami, Florida 33131<br>305-371-6421 Telephone<br>305-358-2006 Fax<br><br>By:   /s/ Jared Lopez<br>     Jared Lopez, Esq.<br>     Florida Bar No. 103616<br>     Donald J. Hodson, Esq.<br>     Florida Bar No. 120256<br>     JLopez@RoyBlack.com<br>     DHodson@RoyBlack.com<br>     civilpleadings@royblack.com<br><br>*Counsel for Plaintiff Mahmoud Charr* | DINES AND ENGLISH LLC<br>685 Van Houten Avenue<br>Clifton, New Jersey 07013<br>973-778-7575 Telephone<br>973-778-7633 Fax<br><br>By:   /s/ Patrick C. English<br>     Patrick English, Esq.<br>     New Jersey Bar No. 023811978<br>     dinesandenglish@aol.com<br><br>*Counsel for Plaintiff Mahmoud Charr* |

CASE NO. 21-CV-61654-WPD

ACTUATE LAW, LLC
641 W. Lake Street, 5th Floor
Chicago, IL 60661
312-462-0462 Telephone
312-579-3113 Fax

By: __/s/ Stacy J. Rodriguez__
    Stacy J. Rodriguez, Esq.
    Florida Bar No. 44109
    stacy.rodriguez@actuatelaw.com

*Counsel for Defendant World Boxing Association, Inc.*

BRITO, PLLC
*Counsel for Defendants Don King, Don King Promotions, Inc. and Epic Sports and Entertainment, Inc.*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
    **ALEJANDRO BRITO**
    Florida Bar No. 098442
    Primary: abrito@britopllc.com
    Secondary: apiriou@britopllc.com

Joseph J. Portuondo, Esq.
110 Merrick Way
Suite 3 - B
Coral Gables, Florida 33134
PH:   (305) 666 - 6640
Email: jjp@portuondolaw.com

By: *Joseph J. Portuondo*
    Joseph J. Portuondo, Esq.

*Counsel for Defendant Gilberto Mendoza*