# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO FILE AMENDED PROPOSED DISCOVERY PLAN AND SCHEDULING REPORT FOLLOWING ADDITION OF NEW PARTIES

THIS CAUSE comes before the Court on the Parties' Joint Motion to File Amended Proposed Discovery Plan and Scheduling Report Following Addition of New Parties, and the Court having reviewed said motion, all relevant filings, and being otherwise fully advised of the premises therein, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**, and the Parties have twenty (20) days from the date of this Order to file an Amended Proposed Discovery Plan and Scheduling Report.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this ____ day of December, 2022.

                                                                                            _____

Judge William P. Dimitrouleas
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF