UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation,
EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO FILE AMENDED PROPOSED DISCOVERY PLAN AND SCHEDULING REPORT FOLLOWING ADDITION OF NEW PARTIES

THIS CAUSE comes before the Court on the Joint Motion to File Amended Proposed Discovery Plan and Scheduling Report Following Addition of New Parties, filed December 16, 2022. [DE 71]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 71] is **GRANTED**;

2. The parties shall file an Amended Proposed Discovery Plan and Scheduling Report on or before January 9, 2023.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 19th day of December, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All counsel of record