UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MAHMOUD CHARR,

    Plaintiff,

v.                                            Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT WORLD BOXING ASSOCIATION, INC.

    Stacy J. Rodriguez, of the law firm Actuate Law, LLC, hereby enters her appearance and designation as lead counsel on behalf of World Boxing Association, Inc. and requests that all notices, pleadings and other papers filed with the court in the above-captioned matter be served upon her using the contact information provided below.

Dated: January 5, 2023                   Respectfully submitted,

                                                By:   */s/ Stacy J. Rodriguez*
                                                          Stacy J. Rodriguez
                                                          Fla. Bar No. 44109
                                                          ACTUATE LAW, LLC
                                                          641 W. Lake Street, 5th Floor
                                                          Chicago, Illinois 60661
                                                          Tel: (312) 462-0543
                                                          Fax: (312) 579-3113
                                                          stacy.rodriguez@actuatelaw.com

                                                          *Counsel for World Boxing Association, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2023, a true and correct copy of this Notice was furnished to all parties receiving electronic notification in this case via the Clerk of the Court's CM/ECF system, as stated on the following service list.

*/s/ Stacy J. Rodriguez*
Attorney

## Service List

Donald J. Hodson, Esq.
Kandell, Kandell, P.A.
2665 S. Bayshore Drive
Grand Bay Plaza, Suite 603
Miami, FL 33131

Jared M. Lopez, Esq.
Black Srebnick Kornspan & Stumpf
201 S. Biscayne Blvd., Ste. 1300
Miami, FL 33131
jlopez@royblack.com

Joseph J. Portuondo, Esq.
110 Merrick Way
Coral Gables, FL 33134
jjp@portuondolaw.com

Patrick C. English, Esq.
Dines and English, LLC
685 Van Houten Ave.
Clifton, NJ 07013
dinesandenglish@aol.com

Alejandro Brito, Esq.
Brito, PLLC
2121 Ponce de Leon Blvd., Ste. 650
Coral Gables, FL 33134
abrito@britopllc.com