UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.

_____/

## JOINT PROPOSED SCHEDULING ORDER

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on March ___, 2024. The Calendar Call will be held at _____ a.m. on _____, _____ 20 _____. A Status Conference will be held at _____ a.m. on _____, _____ 20 _____. A pre-trial conference will be held at _____ a.m. on _____, February ____, 2024.

Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 205B in the U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301**. The Parties shall adhere to the following schedule:

1. Deadline to serve initial disclosures: **January 31, 2023**

2. Deadline to join additional parties: **July 1, 2023**

CASE NO. 21-CV-61654-WPD

3. Deadline to amend pleadings: **July 1, 2023**

4. Deadline to exchange expert witnesses, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2): **September 1, 2023**

5. Deadline to exchange rebuttal expert witness summaries/reports: **September 15, 2023**

6. Deadline to complete discovery, including expert witness discovery: **October 1, 2023**

7. Deadline to complete mediation and file mediation report: **October 20, 2023**

8. Deadline to file dispositive motions; all pre-trial motions, motions in *limine*, and *Daubert* motions (which include motions to strike experts): **November 1, 2023**

9. Deadline to file Joint Pretrial Stipulation pursuant to Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable: **January 10, 2024**

10. Trial date: The two-week period commencing March _____, 2024.

**DONE AND ORDERED** in Chambers in Broward County, Florida this ____ day of _____ 2023.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF