UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TIME TO RESPOND TO DEFENDANT, WBA'S, MOTION TO DISMISS**

Plaintiff, Mahmoud Charr ("Charr" and/or "Plaintiff"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 6, hereby files this Motion for Enlargement of Time to Respond to the Motion to Dismiss Amended Complaint filed by Defendant, World Boxing Association, Inc. ("WBA" and/or "Defendant"), and in support thereof states:

    1.    Plaintiff's Amended Complaint was filed on August 8, 2022 (ECF No. 45).

    2.    Defendant filed a Motion to Dismiss the Amended Complaint on January 5, 2023 (ECF No. 74).

    3.    Under Local Rule 7.1(c), Plaintiff's response to Defendant's Motion to Dismiss is due by or before January 19, 2023.

CASE NO. 21-CV-61654-WPD

4. On January 10, 2023, Plaintiff's counsel requested from Defendant's counsel an additional two weeks to file the aforesaid response as Plaintiff's counsel will be out-of-state for the next 1½ weeks for business and personal (medical) reasons.

5. Defendant's counsel has no objection to granting Plaintiff the requested extension such that, with the Court's approval, the new deadline for Plaintiff to file a response to same will be by or before February 2, 2023.

6. Plaintiff seeks the aforesaid extension in good faith and not for purposes of delay or any other improper reason. Plaintiff attaches hereto a proposed order granting the requested relief.

WHEREFORE, Plaintiff, Mahmoud Charr, respectfully requests the Court enter an order granting Plaintiff an additional 14 days to file his response such that Plaintiff's response to Defendant, WBA's, Motion to Dismiss is due by or before February 2, 2023.

**CERTIFICATE OF GOOD FAITH**
**CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Plaintiff's counsel certify that they have conferred with Defendant's counsel, Stacy Rodriguez, about the requested relief via e-mail on January 10, 2023, and Defendant's counsel has no objection to granting Plaintiff an additional 14 days to file his response.

Dated: January 10, 2023.

CASE NO. 21-CV-61654-WPD

Respectfully submitted,

| | |
|---|---|
| BLACK SREBNICK, P.A.<br>201 S. Biscayne Boulevard, Suite 1300<br>Miami, Florida 33131<br>305-371-6421 Telephone<br>305-358-2006 Fax<br><br>By:  /s/ Jared Lopez<br>     Jared Lopez, Esq.<br>     Florida Bar No. 103616<br>     Donald J. Hodson, Esq.<br>     Florida Bar No. 120256<br>     JLopez@RoyBlack.com<br>     DHodson@RoyBlack.com<br>     civilpleadings@royblack.com<br><br>*Counsel for Plaintiff Mahmoud Charr* | DINES AND ENGLISH LLC<br>685 Van Houten Avenue<br>Clifton, New Jersey 07013<br>973-778-7575 Telephone<br>973-778-7633 Fax<br><br>By:  /s/ Patrick C. English<br>     Patrick English, Esq.<br>     New Jersey Bar No. 023811978<br>     dinesandenglish@aol.com<br><br>*Counsel for Plaintiff Mahmoud Charr* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court this 10th day of January 2023 and electronically served via the CM/ECF system on: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; Stacy J. Rodriguez, Actuate Law, 545 NW 26 St., Suite 640, Miami, Florida 33127, stacy.rodriguez@actuatelaw.com; Joseph J. Portuondo, Esq., 110 Merrick Way, Suite 3-B, Coral Gables, Florida 33134, jjp@portuondolaw.com.

By: /s/ Jared Lopez
    Jared Lopez, Esq.