UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION
CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT, WBA's, MOTION TO DISMISS

THIS CAUSE comes before the Court on Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendant, WBA's, Motion to Dismiss. Based upon a review of the record and having considered the relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**, and Plaintiff has until February 2, 2023 to Defendant, WBA's Motion to Dismiss.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this ____ day of January, 2023.

                                                                                Judge William P. Dimitrouleas
                                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF