UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO DISMISS

This cause, having come before the Court upon Plaintiff, Mahmoud Charr's, Unopposed Motion for Enlargement of Time to Respond to Defendant WBA's Motion to Dismiss [DE 77], and the Court having reviewed the file and the pleadings and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

Plaintiff's Motion [DE 77] is hereby **GRANTED**. Plaintiff shall have through and including February 2, 2023 to file a response to Defendant WBA's Motion to Dismiss [DE 74].

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 10th day of January, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record