**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR,

    Plaintiff,

v.                                           Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____

**DEFENDANT WORLD BOXING ASSOCIATIONS, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant World Boxing Association, Inc. ("WBA"), a Washington non-profit organization with its principal place of business in Panama City, Panama, certifies that it does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: January 12, 2023                                 Respectfully submitted,

                                                            */s/ Stacy J. Rodriguez*
                                                            Stacy J. Rodriguez
                                                            Fla. Bar No. 44109
                                                            James J. Ward
                                                           Fla. Bar No. 93651
                                                           Actuate Law, LLC
                                                           641 W. Lake Street, 5th Floor
                                                           Chicago, Illinois 60661
                                                           Phone: 312-462-0543
                                                           stacy.rodriguez@actuatelaw.com
                                                           james.ward@actuatelaw.com

                                                           *Counsel for World Boxing Association, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 12, 2023, a true and correct copy of this Disclosure Statement was furnished to all parties receiving electronic notification in this case via the Clerk of the Court's CM/ECF system, as stated on the following service list.

*/s/ Stacy J. Rodriguez*
Attorney

## Service List

| | |
|---|---|
| Donald J. Hodson, Esq. | Patrick C. English, Esq. |
| Kandell, Kandell, P.A. | Dines and English, LLC |
| 2665 S. Bayshore Drive | 685 Van Houten Ave. |
| Grand Bay Plaza, Suite 603 | Clifton, NJ 07013 |
| Miami, FL 33131 | dinesandenglish@aol.com |
| | |
| Jared M. Lopez, Esq. | Alejandro Brito, Esq. |
| Black Srebnick Kornspan & Stumpf | Brito, PLLC |
| 201 S. Biscayne Blvd., Ste. 1300 | 2121 Ponce de Leon Blvd., Ste. 650 |
| Miami, FL 33131 | Coral Gables, FL 33134 |
| jlopez@royblack.com | abrito@britopllc.com |
| | |
| Joseph J. Portuondo, Esq. | |
| 110 Merrick Way | |
| Coral Gables, FL 33134 | |
| jjp@portuondolaw.com | |