UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MAHMOUD CHARR,

    Plaintiff,

v.                                                                 Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of co-counsel, Robert E. Mack, Esq. of the law firm of SMITH ALLING PS, 1501 Dock Street, Tacoma, Washington 98402, Telephone: (253) 627-1091, E-mail: rmack@smithalling.com, for purposes of appearance as c-counsel on behalf of defendant World Boxing Association, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Robert Mack to receive electronic filings in this case, and in support thereof states as follows:

    1.    Robert Mack, Esq. is not admitted to practice in the Southern District of Florida. Robert Mack is an attorney in good standing with the Washington State Bar Association and

licensed to practice in the state courts of Washington and the United States District Court for the Western District of Washington and Eastern District of Washington, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

2.　　Movant, Stacy J. Rodriguez, Esq. of Actuate Law, LLC, 641 W. Lake Street, 5th Floor, Chicago, IL 60661, Tel. 312-579-3108, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.　　In accordance with the Local Rules of this Court, Robert Mack has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.　　Robert Mack, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Robert Mack at his e-mail address: rmack@smithalling.com.

5.　　Pursuant to S.D. Fla. Local Rule 7.1(a)(1)(M) and 7.1(2), a proposed order granting this motion is attached here as Exhibit A and will be submitted via e-mail to the Court pursuant to Section 3I(6) of the CM/ECF Administrative Procedures.

WHEREFORE, Stacy J. Rodriguez, Esq. moves this Court to enter an Order authorizing Robert Mack, Esq., to appear before this Court on behalf of defendant World Boxing Association,

Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Robert Mack, Esq.

January 18, 2023                                       Respectfully submitted,

By: */s/ Stacy J. Rodriguez*

Stacy J. Rodriguez
Florida Bar No.: 44109
**ACTUATE LAW, LLC**
641 W. Lake Street; 5th Floor
Chicago, IL 60661
Tel: (312) 579-3108
Fax: (312) 579-3131
stacy.rodriguez@actuatelaw.com

*Counsel for Defendant World Boxing Association, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR,

      Plaintiff,

v.                                                                                          Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

      Defendants.
_____/

**CERTIFICATION OF ROBERT E. MACK**

Robert E. Mack, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am an attorney in good standing with the Washington State Bar Association and licensed to practice in the state courts of Washington and the United States District Court for the Western District of Washington and Eastern District of Washington, the Ninth Circuit Court of Appeals, and the United States Supreme Court; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: January 18, 2023                          */s/ Robert E. Mack*
                                                               Robert E. Mack, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all other counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing at this time.

*/s/ Stacy J. Rodriguez*
Stacy J. Rodriguez

## Service List

Donald J. Hodson, Esq.
Kandell, Kandell, P.A.
2665 S. Bayshore Drive
Grand Bay Plaza, Suite 603
Miami, FL 33131

Jared M. Lopez, Esq.
Black Srebnick Kornspan & Stumpf
201 S. Biscayne Blvd., Ste. 1300
Miami, FL 33131
jlopez@royblack.com

Joseph J. Portuondo, Esq.
110 Merrick Way
Coral Gables, FL 33134
jjp@portuondolaw.com

Patrick C. English, Esq.
Dines and English, LLC
685 Van Houten Ave.
Clifton, NJ 07013
dinesandenglish@aol.com

Alejandro Brito, Esq.
Brito, PLLC
2121 Ponce de Leon Blvd., Ste. 650
Coral Gables, FL 33134
abrito@britopllc.com