UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation, EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation, WORLD BOXING ASSOCIATION, INC., a foreign corporation, and GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## NOTICE OF JOINT STIPULATION TO MEDIATOR

Plaintiff, Mahmoud Charr ("Charr" and/or "Plaintiff"), and Defendants, Don King ("King"), individually, Don King Productions, Inc. ("DKP"), Epic Sports and Entertainment, Inc. ("Epic"), Gilberto Mendoza, Jr. ("Mendoza"), and World Boxing Association, Inc. ("WBA") (collectively "the Parties"), by and through their undersigned counsel and pursuant to this Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge [DE 76], hereby file this Notice of Joint Stipulation to Mediator and state:

    1.    The Parties hereby stipulate to the following mediator:

        Mr. Harry Schafer
        c/o Esquibel Communications Company



CASE NO. 21-CV-61654-WPD

        2775 NW 49th Avenue
        Unit 205 (#413)
        Ocala, Florida 34482

Dated this 24th day of January 2023.

Respectfully submitted,

| BLACK SREBNICK, P.A. | DINES AND ENGLISH LLC |
|---|---|
| 201 S. Biscayne Boulevard, Suite 1300 | 685 Van Houten Avenue |
| Miami, Florida 33131 | Clifton, New Jersey 07013 |
| 305-371-6421 Telephone | 973-778-7575 Telephone |
| 305-358-2006 Fax | 973-778-7633 Fax |
| | |
| By: /s/ Jared Lopez | By: /s/ Patrick C. English |
|     Jared Lopez, Esq. |     Patrick English, Esq. |
|     Florida Bar No. 103616 |     New Jersey Bar No. 023811978 |
|     Donald J. Hodson, Esq. |     dinesandenglish@aol.com |
|     Florida Bar No. 120256 | |
|     JLopez@RoyBlack.com | *Counsel for Plaintiff Mahmoud Charr* |
|     DHodson@RoyBlack.com | |
|     civilpleadings@royblack.com | |

*Counsel for Plaintiff Mahmoud Charr*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court this 24th day of January 2023 and electronically served via the CM/ECF system on: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; Stacy J. Rodriguez, Actuate Law, 545 NW 26 St., Suite 640, Miami, Florida 33127, stacy.rodriguez@actuatelaw.com; Joseph J. Portuondo, Esq., 110 Merrick Way, Suite 3-B, Coral Gables, Florida 33134, jjp@portuondolaw.com.

                                                        By: /s/ Jared Lopez
                                                             Jared Lopez, Esq.

