UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MAHMOUD CHARR,

       Plaintiff,

v.   Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

       Defendants.
_____

### DEFENDANT WORLD BOXING ASSOCIATIONS, INC.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTS I, II, VI, AND VII OF THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Defendant World Boxing Association, Inc. ("WBA") moves for an extension of time, through and including February 17, 2023, to file a reply to Plaintiff's Response to Defendant WBA's Motion to Dismiss (ECF No. 84; "Opposition"). Plaintiff Mahmoud Charr does not oppose this request.

1. On or about January 5, 2023, WBA filed Defendant World Boxing Association, Inc.'s Motion to Dismiss Counts I, II, VI, and VII of the Amended Complaint and Incorporated Memorandum of Law (ECF No. 74; "Motion to Dismiss").

2. Plaintiff Charr obtained an extension of time from the Court, with no opposition from WBA, to file an opposition to the Motion to Dismiss, and filed the Opposition on February 2, 2023. *See* ECF Nos. 77, 78, and 84.

3. WBA's reply to the Opposition is currently due to be filed on or before February 9, 2023. *See* Fed. R. Civ. P.

4. WBA's lead counsel requires additional time to assess and prepare a reply to the Opposition due to work commitments including work-related travel from February 6-9. As such, good cause exists for the requested relief.

5. WBA's counsel, Stacy Rodriguez, Esq., communicated with Plaintiff's counsel via electronic mail on February 2, 2023 to request Plaintiff's position on the requested extension of time and Patrick English, Esq. responded that Plaintiff has no objection to the requested extension.

6. The necessity for the requested relief is not caused by dilatory conduct.

7. No party will be prejudiced by the relief requested in this motion. A trial in this matter is currently scheduled to begin in March 2024.

WHEREFORE, for good cause having been shown, Defendant World Boxing Association, Inc. respectfully requests that this Court enter the Proposed Order, attached hereto as **Exhibit A** (and emailed to the Court pursuant to Section 3I(6) of the CM/ECF Administrative Procedures)**,** extending the time for WBA to file it Reply to the Opposition, through and including February 17, 2023.

Dated: February 7, 2023                                Respectfully submitted,

                                                       */s/ Stacy J. Rodriguez*
                                                       Stacy J. Rodriguez
                                                       Fla. Bar No. 44109
                                                       James J. Ward
                                                       Fla. Bar No. 93651
                                                       ACTUATE LAW, LLC
                                                       641 W. Lake Street, 5th Floor
                                                       Chicago, Illinois 60661
                                                       Phone: 312-462-0543
                                                       stacy.rodriguez@actuatelaw.com
                                                       james.ward@actuatelaw.com

                                                       *Counsel for World Boxing Association, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2023, a true and correct copy of this Motion was furnished to all parties receiving electronic notification in this case via the Clerk of the Court's CM/ECF system, as stated on the following service list.

                                                       */s/ Stacy J. Rodriguez*
                                                       Attorney

## Service List

| | |
|---|---|
| Donald J. Hodson, Esq. | Patrick C. English, Esq. |
| Kandell, Kandell, P.A. | Dines and English, LLC |
| 2665 S. Bayshore Drive | 685 Van Houten Ave. |
| Grand Bay Plaza, Suite 603 | Clifton, NJ 07013 |
| Miami, FL 33131 | dinesandenglish@aol.com |
| | |
| Jared M. Lopez, Esq. | Alejandro Brito, Esq. |
| Black Srebnick Kornspan & Stumpf | Brito, PLLC |
| 201 S. Biscayne Blvd., Ste. 1300 | 2121 Ponce de Leon Blvd., Ste. 650 |
| Miami, FL 33131 | Coral Gables, FL 33134 |
| jlopez@royblack.com | abrito@britopllc.com |
| | |
| Joseph J. Portuondo, Esq. | |
| 110 Merrick Way | |
| Coral Gables, FL 33134 | |
| jjp@portuondolaw.com | |

3