**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR,

    Plaintiff,

v.                                            Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____

**[PROPOSED]**
**ORDER GRANTING DEFENDANT WORLD BOXING ASSOCIATIONS, INC.'S**
***UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REPLY**

    This matter comes before the Court upon the Unopposed Motion for Extension of Time (the "Unopposed Motion") of Defendant World Boxing Association, Inc. ("WBA"), seeking an extension of time, through and including February 17, 2023, to file a reply to Plaintiff's Response to WBA's Motion to Dismiss (ECF No. 84; "Opposition").

    Having reviewed the Unopposed Motion and otherwise being fully advised, it is hereby **ORDERED** and **ADJUDGED** that the Unopposed Motion is **GRANTED**. Defendant WBA shall have through and including February 17, 2023, to file its Reply to Plaintiff's Opposition.

**DONE AND ORDERED** in Chambers in Miami, Florida, this __ day of _____, 2023.

                                                                      _____
                                                                       **UNITED STATES DISTRICT JUDGE**

Copies furnished to
all Counsel of Record