UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REPLY

This cause, having come before the Court upon Defendant World Boxing Association, Inc. ("WBA")'s Unopposed Motion for Extension of Time [DE 85], and the Court having reviewed the file and the pleadings and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

Defendant WBA's Motion [DE 85] is hereby **GRANTED**. Defendant WBA shall have through and including February 17, 2023 to file a reply in support of its Motion to Dismiss [DE 85].

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 7th day of February, 2023.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record