UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC.,
a foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO REPLY TO DEFENDANT WBA'S RESPONSE TO MOTION FOR RECONSIDERATION

Plaintiff, Mahmoud Charr ("Charr" and/or "Plaintiff"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 6, hereby files this Motion for Extension to Reply to Defendant, World Boxing Association, Inc.'s ("WBA" and/or "Defendant"), Response to Motion for Reconsideration and in support thereof states as follows:

1. Plaintiff's Motion for Reconsideration was filed April 4, 2023.

2. Defendant WBA filed its Response to Plaintiff's Motion for Reconsideration on April 18, 2023.

3. Plainiff's reply to Defendant's response is currently due April 25, 2023.

4. Plaintiff's lead counsel, Mr. Patrick English, is responsible for preparing and filing

CASE NO. 21-CV-61654-WPD

pleadings in other matters during the next week, which, in major part, was caused by counsel in those cases suffering medical conditions that resulted in changes to various deadlines that now conflict with Plaintiff's reply date in this action.

5. Accordingly, Plaintiff's counsel, Mr. Patrick English, respectfully requests an enlargement of time to file Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Reconsideration for these reasons and specifically asks that the Court grant Plaintiff until May 2, 2023, to file his reply.

6. Plaintiff's counsel, Mr. Patrick English, has conferred with Defendant's counsel about the requested extension and Defendant's counsel does not oppose the requested relief. Additionally, Plaintiff's counsel avers that this motion was filed in good-faith and not for purposes of undue delay or any other improper reason.

**CERTIFICATE OF GOOD FAITH
CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Plaintiff's counsel, Mr. Patrick English, pursuant to Local Rule 7.1(a)(3), further certifies that prior to filing this motion he conferred with Defendant's counsel, Ms. Stacy Rodriguez, about the requested relief via e-mail on April 20 and April 21, 2023, and Defendant's counsel confirmed that she does not oppose the requested extension.

WHEREFORE, Plaintiff, Mahmoud Charr, respectfully requests the Court enter an order granting Plaintiff an enlargement of time to file his reply to Defendant's Response to Plaintiff's Motion for Reconsideration such that Plaintiff's reply will be due by or before May 2, 2023, in addition to any other relief the Court deems just and proper.

Dated: April 24, 2023

BlackSrebnick
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421

CASE NO. 21-CV-61654-WPD

Respectfully submitted,

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By:   Jared Lopez
     Jared Lopez, Esq.
     Florida Bar No. 103616
     Donald J. Hodson, Esq.
     Florida Bar No. 120256
     JLopez@RoyBlack.com
     DHodson@RoyBlack.com
     civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:   /s/ Patrick C. English
     Patrick English, Esq.
     New Jersey Bar No. 023811978
     dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court this 24th day of April, 2023, and electronically served via the CM/ECF system on: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; Stacy J. Rodriguez, Actuate Law, 545 NW 26 St., Suite 640, Miami, Florida 33127, stacy.rodriguez@actuatelaw.com; Joseph J. Portuondo, Esq., 110 Merrick Way, Suite 3-B, Coral Gables, Florida 33134, jjp@portuondolaw.com.

By: /s/ Jared Lopez
    Jared Lopez, Esq.