UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION
CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO REPLY TO DEFENDANT WBA'S RESPONSE TO MOTION FOR RECONSIDERATION

THIS CAUSE comes before the Court on Plaintiff's Unopposed Motion for Extension to File Reply, and the Court having reviewed said motion, all relevant filings, and being otherwise fully advised of the premises therein, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**, and Plaintiff shall have until May 2, 2023, to file a Reply to Defendant, World Boxing Association, Inc.'s ("WBA"), Response to Plaintiff's Motion for Reconsideration.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this ____ day of April, 2023.

                                                  _____
                                                Judge William P. Dimitrouleas
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF