UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO REPLY TO DEFENDANT WBA'S RESPONSE TO MOTION FOR RECONSIDERATION

This cause, having come before the Court upon Plaintiff's Unopposed Motion for Extension of Time [DE 91], and the Court having reviewed the file and the pleadings and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

Plaintiff's Motion [DE 91] is hereby **GRANTED**. Plaintiff shall have through and including May 2, 2023 to file a reply in support of its Motion for Reconsideration [DE 89].

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 24th day of April, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record