UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

CARLOS T. HERNANDEZ STAUFERT,

    Petitioner,

v.

CYNTHIA LAWSON, DIRECTOR OF ICE
Tae D Johnson, Michael W. Meade, et al.,

    Respondents.
_____/

## ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION AND CLARIFICATION

THIS CAUSE is before the Court upon Plaintiff Mahmoud Charr's Motion for Reconsideration and Clarification (the "Motion") [DE 89]. The Court has carefully considered the Motion, Defendant World Boxing Association, Inc.'s Response [DE 90], Plaintiff's Reply [DE 93], and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that a hearing on the Motion [DE 89] is set for **10:30 A.M.** on **Friday, June 30, 2023,** in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 20th day of June, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record