UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

**JOINT MOTION TO RESET TRIAL DATE AND EXTEND
DISCOVERY AND PRE-TRIAL DEADLINES BY SIXTY (60) DAYS**

Plaintiff, Mahmoud Charr ("Charr"), and Defendant, Gilberto Mendoza, Jr. ("Mendoza") (hereinafter "the Parties"), hereby file this Joint Motion to Reset Trial Date and Extend Discovery and Pre-Trial Deadlines by Sixty (60) Days, and in support thereof state:

1. On January 10, 2023, the Court entered an Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge ("the Order") (Doc. 76).

2. The Order provides in relevant part that "[t]his case is set for trial on the two-week calendar commencing Monday, March 4, 2024" with "calendar call commencing at 10:00 A.M. on Friday, March 1, 2024." *Id.* The Order also lists the following pre-trial deadlines:

CASE NO. 21-CV-61654-WPD

    (a) Deadline to amend pleadings/add parties (July 1, 2023);

    (b) Deadline to complete discovery (Oct. 1, 2023);

    (c) Deadline to file substantive pre-trial motions (Nov. 1, 2023);

    (d) Deadline to file Daubert motions (60 days before calendar call);

    (e) Deadline to complete mediation (60 days before the start of the trial calendar);

    (f) Deadline to file mandatory pretrial stipulations (Feb. 16, 2024);

    (g) Deadline to file motions in limine (Feb. 16, 2024);

    (h) Deadline to file responses to motions in limine (Feb. 23, 2024);

    (i) Deadline to file jury instructions (Feb. 23, 2024);

    (j) Deadline to file voir dire questions (calendar call); and

    (k) Deadline to file exhibit lists (first day of trial)

3. The Parties request the Court extend these deadlines by sixty (60) days as they are engaged in extensive discovery that involves the exchange of voluminous records and information that is not easily accessible and procured. The Parties also aver that this discovery is essential to their respective claims and/or defenses.

4. The Parties further agree that any discovery occurring after the proposed extension "will not be available for summary judgment purposes" and that any order granting the requested extension will not be used "in support of a motion to extend another date or deadline" in the future. *RLI Insurance Company v. Outsidein Architecture, LLC*, 2022 WL 2181115, at *1 (M.D. Fla. Mar. 3, 2022).

5. The Parties also aver in support of this motion that the difficulty encountered by Defendant, Mendoza, and third-party witness, World Boxing Association, Inc. ("WBA") (a

CASE NO. 21-CV-61654-WPD

former named defendant), in collecting and producing the documents responsive to Plaintiff's discovery requests have impeded Plaintiff's ability to proceed forward with his claims.

6. More to the same point, Plaintiff further contends that Defendants, Don King ("King"), Don King Productions, Inc. ("DKP"), and Epic Sports and Entertainment, Inc. ("Epic"), have also failed to timely respond to all of Plaintiff's outstanding discovery requests, which these defendants dispute.

7. Accordingly, the Parties have attached a proposed order granting the requested extension and reflecting that this case will be reset for the trial calendar commencing **Monday, May 6, 2024**, with calendar call occurring **Friday, May 3, 2024**. The proposed order also extends the current pre-trial deadlines as follows:

(a) Deadline to amend pleadings/add parties (Sept. 1, 2023);

(b) Deadline to complete discovery (Dec. 1, 2023);

(c) Deadline to file substantive pre-trial motions (Jan. 1, 2023);

(d) Deadline to file daubert motions (60 days before calendar call);

(e) Deadline to complete mediation (60 days before the start of trial calendar);

(f) Deadline to file mandatory pre-trial stipulations (Apr. 16, 2024);

(g) Deadline to file motions in limine (Apr. 16, 2024);

(h) Deadline to file responses to motions in limine (Apr. 23, 2024);

(k) Deadline to file jury instructions (Apr. 23, 2024);

(l) Deadline to file voir dire questions (May 3, 2024); and

(m) Deadline to file exhibit/witness lists (first day of trial)

8. The Parties have filed this motion in good-faith and not for improper purposes or to cause undue delay. Additionally, while the Parties have jointly filed this motion and agreed to

3



CASE NO. 21-CV-61654-WPD

the proposed extension, the Parties have also conferred with Defendants, King, DKP, and Epic, who oppose this motion.

### CERTIFICATE OF GOOD FAITH
### CONFERENCE PURSUANT TO LOCAL RULE 7.1

Accordingly, the Parties jointly certify that they have conferred about the issues raised in this motion via e-mail and—with exception for Defendants, King, DKP, and Epic—have agreed upon the relief requested herein such that the Parties have satisfied the good-faith conference requirements under S.D. Fla. L. R. 7.1(a)(3).

WHEREFORE, Plaintiff, Mahmoud Charr, and Defendant, Gilberto Mendoza, Jr., respectfully request an order granting this Joint Motion to Reset Trial and Extend the Discovery and Pre-Trial Deadlines by Sixty (60) Days, in addition to any other relief deemed proper.

Dated: June 28, 2023.

Respectfully submitted,

| | |
|---|---|
| BLACK SREBNICK, P.A.<br>201 S. Biscayne Boulevard, Suite 1300<br>Miami, Florida 33131<br>305-371-6421 Telephone<br>305-358-2006 Fax<br><br>By: /s/ Jared Lopez<br>    Jared Lopez, Esq.<br>    Florida Bar No. 103616<br>    Donald J. Hodson, Esq.<br>    Florida Bar No. 120256<br>    JLopez@RoyBlack.com<br>    DHodson@RoyBlack.com<br>    civilpleadings@royblack.com<br><br>*Counsel for Mahmoud Charr* | DINES AND ENGLISH LLC<br>685 Van Houten Avenue<br>Clifton, New Jersey 07013<br>973-778-7575 Telephone<br>973-778-7633 Fax<br><br>By: /s/ Patrick C. English<br>    Patrick English, Esq.<br>    New Jersey Bar No. 023811978<br>    dinesandenglish@aol.com<br><br>*Counsel for Mahmoud Charr* |

