UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation, EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation, and JOHN DOES 1 - 5,

    Defendants.

_____/

### [PROPOSED] ORDER GRANTING JOINT MOTION TO RESET TRIAL DATE AND EXTEND DISCOVERY AND PRE-TRIAL DEADLINES BY SIXTY (60) DAYS

THIS CAUSE came before the Court on the Parties' Joint Motion to Reset Trial and Extend Discovery and Pre-Trial Deadlines by Sixty (60) days, and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that the Motion is GRANTED, and the Parties have fourteen (14) days from the date of this order to submit an updated case management schedule reflecting the revised dates for trial, calendar call, and pre-trial deadlines.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this _____ day of _____, 2023.

CASE NO. 21-cv-61654-WPD

                                                                                                                                                   The Honorable William P. Dimitrouleas
                                                                                                                                                   UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:   Counsel of Record