UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

## ORDER DENYING MOTION TO RESET TRIAL DATE AND EXTEND DISCOVERY AND PRE-TRIAL DEADLINES BY SIXTY (60) DAYS

THIS CAUSE is before the Court upon the Motion to Reset Trial Date and Extend Discovery and Pre-Trial Deadlines by Sixty (60) Days (the "Motion") [DE 95], filed herein on June 28, 2023.  The Court has carefully considered the Motion [DE 95] and is otherwise fully advised in the premises.

The Court does not normally extend deadlines once set in a scheduling order, the Court has already extended the deadlines in this case by a full year, and the Court does not find good cause to grant the requested extensions here.  Furthermore, the Motion fails to show that the remaining deadlines in this case, including the October 1, 2023 discovery cutoff and the March 4, 2024 trial date, cannot be met despite the parties' diligence. *See Fisher v. SP One, Ltd.*, 559 Fed. Appx 873, 878-79 (11th Cir. 2014) ("The schedule set forth by the court may only be

modified for good cause and with the court's consent. To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." (internal citation omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 95] is **DENIED**.

2. Counsel may agree among themselves to conduct discovery beyond the October 1, 2023 Discovery Cutoff, *see* [DE 76], but should not expect the Court to resolve any disputes that arise after the Court's established deadline.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of June, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record