UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR                                              Case No. 21-CV-61654-WPD

        Plaintiff

v.

DON KING, an individual; DON KING
PRODUCTIONS, INC. a Florida corporation;
EPIC SPORTS AND ENTERTAINMENT, a
Florida corporation; WORLD BOXING
ASSOCIATION, INC., a foreign corporation; and
GILBERTO MENDOZA JR., individual,

        Defendants
_____/

## DEFENDANT MENDOZA'S MOTION TO ADD AFFIRMATIVE DEFENSE TO PLAINTIFF'S AMENDED COMPLAINT WITHOUT CONSENT OF PLAINTIFF

Defendant, Gilberto Mendoza, Jr., by undersigned counsel, and pursuant to *Federal Rules of Civil Procedure 15(a)(2)*, moves the Court for an Order permitting the addition of an affirmative defense to Plaintiff's amended complaint.

1. Plaintiff filed this action on August 10, 2021, seeking monetary damages against others [D.E. 1].

2. On August 8, 2022, Plaintiff filed an Amended Complaint to add Defendant Mendoza and the World Boxing Association (hereinafter "the WBA") [D.E. 45]. Defendant Mendoza is the President of the WBA.

3. On November 1, 2022, Defendant Mendoza filed his Answer and Affirmative Defenses to the Amended Complaint [D.E. 64].

4.     Thereafter, on January 5, 2023, the WBA filed a motion to dismiss the amended complaint on the grounds that Plaintiff had filed suit without first exhausting his administrative remedies under the WBA Rules [D.E. 74].

5.     Defendant Mendoza is the President of the WBA and is therefore entitled to raise as a defense the arguments being asserted by the WBA in its motion as he is being sued in his capacity as President of the WBA and even in the same Counts as the WBA. As such, Defendant Mendoza should be permitted to add the following as an affirmative defense:

> "Fourth:   Plaintiff's amended complaint should be dismissed as Plaintiff has failed to first exhaust his administrative remedies under the rules governing the World Boxing Association before filing this action."

6.     This motion is timely filed in accordance with the Court's scheduling order [D.E. 76].[1]

7.     *Rule 15(a)(2)* provides that "a party may amend its pleadings only with the opposing party's written consent or the court's leave" and that the "court should freely give leave when justice so requires." The court's discretion under the Rule weighs heavily in favor of granting a motion to amend unless there is a substantial reason against doing so. *Epsy v. Wainwright*, 734 F.2d 748, 750 (11th Cir.1984)(quoting *Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 598 (5th Cir. 1981). See also, *Havana Docks Corporation v. Norwegian Cruise Line Holdings, Ltd.*, 454 F. Supp. 3d 1259 (S.D. Fla. 2020).

---

[1] The deadline for filing a motion to amend a pleading under the scheduling order is July 1, 2023, which falls on a Saturday. Therefore, this motion is timely filed today.

8. The undersigned counsel avers that this motion has been filed in good faith and not for the purposes of undue delay, nor will granting leave to amend cause unfair prejudice to the opposing parties.

9. The proposed Answer and Amended Affirmative Defenses are attached to this motion in accordance with S.D. Fla. L.R. 15.1 and the CM/ECF Administrative Procedures.

WHEREFORE, it is prayed that this motion be granted.

### CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the undersigned counsel for Defendant Gilberto Mendoza, Jr. has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Dated:  July 3, 2023                                Respectfully submitted

                                                           Joseph J. Portuondo, Esq.
                                                           110 Merrick Way
                                                           Suite 3 - B
                                                           Coral Gables, Florida 33134
                                                           PH:    (305) 666 - 6640
                                                           Email: jjp@portuondolaw.com

                                                           By: *Joseph J. Portuondo*
                                                               Joseph J. Portuondo, Esq.
                                                               Fla. Bar No. 310034

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record to the Service List below.

By: /s/ *Joseph J. Portuondo*
Joseph J. Portuondo, Esq.

## SERVICE LIST
*CASE NO.  21-CV-61654-WPD*

Alejandro Brito, Esq.
Brito, PLLC
2121 Ponce de Leon Blvd
Suite 650
Coral Gables, FL 33134
(305) 614 - 4071
abrito@britopllc.com
*Counsel for Don King,*
*Don King Productions, Inc.* and
*Epic Sport and Entertainment, Inc.*

Patrick English, Esq.
Dines and English
685 Van Houten Avenue
Clifton, NJ 07013
(973) 778 - 7575
dineandenglish@aol.com
*Counsel for Plaintiff*

Donald J. Hodson, Esq.
Black Srebrink P.A.
201 S. Biscayne Blvd
Suite 1300
Miami, FL 33131
(305) 358 - 6421
dhodson@RoyBlack.com
*Counsel for Plaintiff*

Jared Lopez, Esq.
Black Srebrink P.A.
201 S. Biscayne Blvd
Suite 1300
Miami, FL 33131
(305) 358 - 6421
Jlopez@RoyBlack.com
*Counsel for Plaintiff*

Stacy J. Rodriguez, Esq.
ACTUATE LAW, LLC
641 W. Lake Street, 5th Floor
Chicago, Illinois 60661
(312) 462-0543
stacy.rodriguez@actuatelaw.com
*Counsel for World Boxing Association*

Robert Mack, Esq.
Smith Alling, P.S.
1501 Dock Street
Tacoma, Washington 98402
(253) 627-1091
Rmack@smithalling.com
*Counsel for World Boxing Association*

Gabriel Hinman, Esq.
Smith Alling, P.S.
1501 Dock Street
Tacoma, Washington 98402
(253) 627-1091
Gabe@smithalling.com
*Counsel for World Boxing Association*