UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

Plaintiff, Mahmoud Charr ("Charr"), by and through his undersigned counsel, hereby files this Motion to Compel Defendant, Gilberto Mendoza, Jr.'s ("Mendoza"), Responses to Plaintiff's First Request for Production served September 23, 2022, and in support thereof states as follows:

1. On September 23, 2022, Plaintiff served his First Request for Production on Defendant, Mendoza. Under the Federal Rules, Defendant's discovery responses were due by or before October 22, 2022. However, Plaintiff subsequently granted numerous extensions for Defendant to provide his responses and produce all responsive documents, which to date Defendant has failed to do.

CASE NO. 21-CV-61654-WPD

2.	Notably, counsel for both parties have held and continue to be engaged in discussions about the outstanding discovery. To summarize these discussions, Plaintiff's counsel had agreed up to this point not to file a motion to compel Defendant's outstanding responses based on the understanding that Defendant was encountering issues accessing the requested evidence but would produce it as soon as possible.

3.	Nonetheless, as a result of Defendant's failure to timely serve his responses and otherwise produce the documents responsive to Plaintiff's First Request for Production (including after Plaintiff's counsel provided multiple extensions to do so), Plaintiff has been denied access to critical evidence and prevented from prosecuting his claims against Defendant in this case.

4.	Moreover, it is also material that the discovery cut-off in this case is currently scheduled for July 3, 2023 (today) after the parties recently submitted a Joint Motion to Reset the Trial Date and Extend the Discovery and Pre-Trial Deadlines in this actions by sixty (50) days, which the Court denied.

5.	As a result, Plaintiff has been forced to file this motion to compel despite the ongoing communications with Defendant's counsel regarding the outstanding discovery in order to preserve his right to obtain this information in discovery, as again, Defendant has failed to produce it as of the date this motion was filed.

WHEREFORE, Plaintiff, Mahmoud Charr, respectfully requests entry of an order compelling Defendant, Gilberto Mendoza, Jr., to provide his responses to Plaintiff's First Request for Production within fourteen (14) days, in addition to all other relief deemed just and proper.

CASE NO. 21-CV-61654-WPD

**CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Plaintiff's counsel, Mr. Patrick English, has conferred about the issues raised in this motion with Defendant's counsel, Mr. Joseph Portuondo, and has otherwise satisfied the good-faith conference requirements under S.D. Fla. L. R. 7.1(a)(3) before the filing of this motion.

Dated: July 3, 2023.

Respectfully submitted,

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By /s/ Jared Lopez
    Jared Lopez, Esq.
    Florida Bar No. 103616
    Donald J. Hodson, Esq.
    Florida Bar No. 120256
    JLopez@RoyBlack.com
    DHodson@RoyBlack.com
    civilpleadings@royblack.com

*Counsel for Mahmoud Charr*

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:  /s/ Patrick C. English
    Patrick English, Esq.
    New Jersey Bar No. 023811978
    dinesandenglish@aol.com

*Counsel for Mahmoud Charr*

**BlackSrebnick**
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | *p* 305.371.6421 *f* 305.358.2006

CASE NO. 21-CV-61654-WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court and electronically served via the CM/ECF system on July 3, 2023, to the following individuals: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; and Joseph J. Portuondo, Esq., 110 Merrick Way, Suite 3-B, Coral Gables, Florida 33134, jjp@portuondolaw.com.

By: /s/ Patrick English, Esq
Patrick English

BlackSrebnick
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421 f 305-358-2006