UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR,                                        CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation,
EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a foreign corporation, and
GILBERTO MENDOZA, JR., individually
    Defendants.
_____/

**PLAINTIFF'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO COMPEL**

    Plaintiff, Mahmoud Charr, by and through his undersigned counsel and pursuant to Local Rule 7.1, hereby files this Motion for Enlargement of Time to file a reply in support of his motion to compel (D.E. 100):

    1.    On July 3, 2023, Plaintiff filed a motion to compel. D.E. 100.

    2.    Seven days later, Defendants Don King, Don King Productions and Epic Sports and Entertainment filed a response in opposition. D.E. 102.

    3.    Under Local Rule 7.1, Plaintiff's reply in support of his motion to compel is due Monday July 17, 2023.

    4.    Good cause exists for a seven-day extension, for Plaintiff to file a reply, because Plaintiff's lead counsel, Mr. Patrick English, recently fell ill.



5. Defendants Don King, Don King Productions, Inc. and Epic Sports and Entertainment agreed to a seven-day extension.

6. A proposed order granting Plaintiff the requested extension accompanies this motion in accordance with Local Rule 7.1(a)(2).

WHEREFORE, Plaintiff, Mahmoud Charr, requests a seven-day enlargement of time to file a reply in support of his motion to compel. Plaintiff requests up to and including July 24, 2023, to file his reply in support of his motion to compel.

## CERTIFICATE OF PRE-FILING/GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1(a)(3)

Plaintiff's counsel conferred with Defendants' counsel, Mr. Alejandro Brito, about the requested extension sought in this motion in an email exchange occurring July 14, 2023, and Mr. Brito agreed to the relief requested.

Dated: July 14, 2023

    Respectfully submitted,

**BLACK SREBNICK, P.A.**
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By:   /s/ Jared Lopez
       Jared Lopez, Esq.
       Florida Bar No. 103616
       Tazio A. Heller, Esq.
       Florida Bar No. 1031521
       JLopez@royblack.com
       THeller@RoyBlack.com
       civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

**DINES AND ENGLISH LLC**
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:   /s/ Patrick C. English
       Patrick English, Esq.
       New Jersey Bar No. 023811978
       dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY a true and correct copy of the foregoing was filed with the Court this 14th day of July 2023 and electronically served via the CM/ECF Court E-Filing system on: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; Stacy J. Rodriguez, Actuate Law, 545 NW 26 St., Suite 640, Miami, Florida 33127, stacy.rodriguez@actuatelaw.com; Joseph J. Portuondo, Esq., 110 Merrick Way, Suite 3-B, Coral Gables, Florida 33134, jjp@portuondolaw.com.

                                              By: /s/ Jared Lopez
                                                    Jared Lopez, Esq.