UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation,
EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a foreign corporation, and
GILBERTO MENDOZA, JR., individually
    Defendants.
    Defendants.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S AGREED
MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY IN SUPPORT OF MOTION TO COMPEL**

THIS CAUSE came before the Court on Plaintiff's Agreed Motion for Enlargement of Time to File Reply In Support of Motion to Compel (D.E. 100), and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED** and **ADJUDGED** that the Motion is **GRANTED**. Plaintiff will have up to and including July 24, 2023, to file a reply in support of his motion to compel.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this _____ day of _____, 2023.

                                                      The Honorable William P. Dimitrouleas
                                                      UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:   Counsel of Record