UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR,                                                    CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation,
EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a foreign corporation, and
GILBERTO MENDOZA, JR., individually
    Defendants.
_____/

**PLAINTIFF'S NOTICE OF CONSENT
TO DEFENDANT MENDOZA'S
<u>MOTION TO ADD AFFIRMATIVE DEFENSE</u>**

    Plaintiff Mahmoud Charr files this Notice of Consent that he agrees to the relief that Defendant Mendoza seeks in a motion titled "Defendant Mendoza's Motion to Add Affirmative Defense to Plaintiff's Amended Complaint Without Consent of Plaintiff." (D.E. 99)

    Dated: July 17, 2023



Respectfully submitted,

**BLACK SREBNICK, P.A.**
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By:  /s/ Jared Lopez
    Jared Lopez, Esq.
    Florida Bar No. 103616
    Tazio A. Heller, Esq.
    Florida Bar No. 1031521
    JLopez@royblack.com
    THeller@RoyBlack.com
    civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

**DINES AND ENGLISH LLC**
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:  /s/ Patrick C. English
    Patrick English, Esq.
    New Jersey Bar No. 023811978
    dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was filed with the Court this 17th day of July 2023 and electronically served via the CM/ECF Court E-Filing system on: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; Stacy J. Rodriguez, Actuate Law, 545 NW 26 St., Suite 640, Miami, Florida 33127, stacy.rodriguez@actuatelaw.com; Joseph J. Portuondo, Esq., 110 Merrick Way, Suite 3-B, Coral Gables, Florida 33134, jjp@portuondolaw.com.

By: /s/ Jared Lopez
Jared Lopez, Esq.