UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAHMOUD CHARR,                                              CASE NO. 21-cv-61654-WPD

    Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court upon Defendant Mendoza's Motion to Add Affirmative Defense to Plaintiff's Amended Complaint, filed July 3, 2023. [DE 99] (the "Motion"). The Court has considered the Motion, notes that it is unopposed, *see* [DE 105], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 99] is hereby **GRANTED**;

2. Defendant Mendoza shall separately electronically file his Amended Answer and Affirmative Defenses.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 17th day of July, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record