UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

MAHMOUD CHARR,　　　　　　　　　　　　　CASE NO. 21-cv-61654-WPD

　　　　Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a foreign corporation,
EPIC SPORTS AND ENTERTAINMENT, INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a foreign corporation, and
GILBERTO MENDOZA, JR., individually
　　　　Defendants.
_____/

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL
BETTER RESPONSES FROM GILBERTO MENDOZA**

Comes now Mahmoud Charr and by way of reply to the response of Gilberto Mendoza hereby states:

1.　　　This Motion is not at all untimely. First document collection for both the World Boxing Association (WBA) and Gilberto Mendoza was delegated to Robert Mack, not Mr. Potuondo. Over the past months, Counsel for Plaintiff had numerous discussions with Mr. Mack who repeatedly requested extensions because he was having difficulty collecting documents. Those conversations occurred at least twice a week over the past many months. While we received some documents on or about December 10, upon review those documents were quite incomplete. Mr. Mack has acknowledged that they do not include texts or Whatsapp communications. He has



also acknowledged that certain persons who are repositories of documents have not been fully cooperative.

2. Upon receipt of an incomplete set of documents on December 10, we reviewed those documents and found numerous deficiencies above and beyond the texts and Whatsapp communications.

3. As an example, just within the past three days we were given by a third party an agreement purportedly signed by Gilberto Mendoza in where he solicits "prepayment of sanction fees", an action which is a criminal offense under the Muhammad Ali Act. This document was not provided by Mr. Mendoza. We were also provided with a series of text messages referencing Mr. Charr. Those documents were immediately provided to counsel for the WBA and counsel for Mr. Mendoza. However, the existence of the deficiencies is reflective of the stonewalling by Mr. Mendoza and the WBA.

4. This motion was brought within 28 days of extensions granted at the request of Mr. Mack.

5. We have received no formal response to the Document Demand.

6. As to the argument that Mr. Gilberto Mendoza is separate from the WBA, this is frivolous and easily disposed of. He must provide documents as tacitly acknowledged by the defendant. Mendoza is the President of the WBA and, as we expressly allege in the Complaint, is in complete control. The very same attorney for Mendoza and the WBA was allocated the responsibility to collect the documents. Mendoza cannot claim a fictitious separation.

7. It is therefore respectfully submitted that the Motion to compel be granted.

Dated: July 24, 2023

    Respectfully submitted,

**BLACK SREBNICK, P.A.**
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
305-371-6421 Telephone
305-358-2006 Fax

By:  /s/ Jared Lopez
      Jared Lopez, Esq.
      Florida Bar No. 103616
      Tazio A. Heller, Esq.
      Florida Bar No. 1031521
      JLopez@royblack.com
      THeller@RoyBlack.com
      civilpleadings@royblack.com

*Counsel for Plaintiff Mahmoud Charr*

**DINES AND ENGLISH LLC**
685 Van Houten Avenue
Clifton, New Jersey 07013
973-778-7575 Telephone
973-778-7633 Fax

By:  /s/ Patrick C. English
      Patrick English, Esq.
      New Jersey Bar No. 023811978
      dinesandenglish@aol.com

*Counsel for Plaintiff Mahmoud Charr*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing was filed with the Court this 24th day of July 2023 and electronically served via the CM/ECF Court E-Filing system on: Alejandro Brito, Esq., Brito, PLLC, 2121 Ponce de Leon Boulevard, Coral Gables, Florida 33134, abrito@britopllc.com, apiriou@britopllc.com; Stacy J. Rodriguez, Actuate Law, 545 NW 26 St., Suite 640, Miami, Florida 33127, stacy.rodriguez@actuatelaw.com; Joseph J. Portuondo, Esq., 110 Merrick Way, Suite 3-B, Coral Gables, Florida 33134, jjp@portuondolaw.com.

By: /s/ Jared Lopez
Jared Lopez, Esq.

**BlackSrebnick**
CIVIL | CRIMINAL

www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421 f 305-358-2006