# EXHIBIT B

From: dinesandenglish@aol.com
To: abrito@britopllc.com, JLopez@royblack.com, rmack@smithalling.com, jjp@portuondolaw.com, stacy.rodriguez@actuatelaw.com, ghodson@Royblack.com, apiriou@britopllc.com
Sent: 6/21/2023 10:24:59 AM Eastern Daylight Time
Subject: Fwd: Charr v. King

Dear Mr. Brito,

I have received no response to the annexed letter regarding documents. Will you be responding?

Patrick C. English
Dines and English L.L.C.
685 Van Houten Avenue
Clifton, NJ 07013
973-778-7575 (O)
973-778-7633 (F)
201-396-7200 (mobile)

This e-mail is intended for the use of he addressee and may contain privileged or confidential information. Any copying, forwarding, printing or use of this e-mail by persons other than the addressee is not authorized. If you are not the intended recipient, please notify us by return e-mail and delete and discard all copies of this e-mail. Nothing herein should be construed as tax advice. For such advice consult your tax advisor.

From: dinesandenglish@aol.com
To: dinesandenglish@aol.com, abrito@britopllc.com, JLopez@royblack.com, rmack@smithalling.com, jjp@portuondolaw.com, stacy.rodriguez@actuatelaw.com
Cc: ghodson@Royblack.com, apiriou@britopllc.com
Sent: 5/17/2023 2:51:52 PM Eastern Standard Time
Subject: Charr v. King

Dear Mr. Brito:

Please see annexed letter.

Regards,

Patrick C. English
Dines and English L.L.C.
685 Van Houten Avenue
Clifton, NJ 07013
973-778-7575 (O)
973-778-7633 (F)
201-396-7200 (mobile)

This e-mail is intended for the use of he addressee and may contain privileged or confidential information. Any copying, forwarding, printing or use of this e-mail by persons other than the addressee is not authorized. If you are not the intended recipient, please notify us by return e-mail and delete and discard all copies of this e-mail. Nothing herein should be construed as tax advice. For such advice consult your tax advisor.
In a message dated 5/16/2023 7:25:17 PM Eastern Standard Time, writes:

The documents have already been mailed I will send you a letter tomorrow

Exhibit B