# EXHIBIT C

## DINES AND ENGLISH, L.L.C.

ATTORNEYS AT LAW

685 VAN HOUTEN AVENUE

CLIFTON, NEW JERSEY 07013

(973) 778-7575

FACSIMILE

(973) 778-7633

PATRICK C. ENGLISH
Email: dinesandenglish@aol.com
ALSO ADMITTED IN
THE UNITED STATES
DISTRICT COURTS FOR THE
SOUTHERN AND EASTERN DISTRICTS OF
NEW YORK, CONNECTICUT,
AND THE NORTHERN DISTRICT OF ILLINOIS

AARON DINES
(1923-2002)

JASON M. SANTARCANGELO
Email: jsdinesandenglish@verizon.net
OF COUNSEL
ALSO ADMITTED IN NEW YORK

July 6, 2023

Alejandro Brito
Law office of Alejandro Brito
2121 Ponce De Leon Blvd.
Coral Gables, Florida 33134

Re: Charr v. King et al.

Dear Mr. Brito :

Earlier this week you served a notice to take the deposition of Mr. Charr. You scheduled it for August 17 as "in person".

As a threshold matter, no effort was made to confer with other counsel to determine their availability. I will be in Spain on August 17 and thus the date does not work.

Significantly, also, as you are aware Mr. Charr resides overseas. As a boxer, his financial means are limited, and I request that the deposition be taken by Zoom. I Have raised this before, and if I need to make a motion for a Protective Order I will do so . See FRCP 30 (b) (4). However if your client wishes to pay all travel and lodging expenses that can certainly be discussed.

While I am aware that there is no sequence set forth in the Federal Rules, you should also provide the documents I requested in an earlier letter and which are the subject of a pending motion. Some of those documents are directly relevant to any deposition.

Finally, you have noticed the depositions to go day to day. Under the Federal Rules you would be limited to seven hours, total.

I suggest you attempt, as a threshold matter, to confer with all counsel to determine availabilities.

Exhibit C

Very truly yours,

_____

Patrick C. English, Esq.