**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO. 21-cv-61654-WPD

MAHMOUD CHARR,

     Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation, EPIC SPORTS AND
ENTERTAINMENT, INC., a Florida
corporation, and JOHN DOES 1 - 5,

     Defendants.

_____/

**DEFENDANTS' NOTICE OF ADOPTION OF DEFENDANTS' GILBERT**
**MENDOZA, JR. AND WORLD BOXING ASSOCIATION, INC.'S RESPONSES TO**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants, Don King, Don King Promotions, Inc. and Epic Sports and Entertainment,

Inc., (collectively "Defendants"), by and through undersigned counsel, hereby join in, adopt

and incorporate by references the arguments made Defendant Gilberto Mendoza, Jr.'s

Response to Plaintiff's Motion for Leave to File Second Amended Complaint [DE 112] and

Defendant's World Boxing Association, Inc's Response to Plaintiff's Motion for Leave to File

Second Amended Complaint [DE 113].

Dated August 7, 2023

                             **BRITO, PLLC**
                             *Counsel for Defendants Don King, Don King*
                             *Productions, Inc. and Epic Sports*
                             *And Entertainment, Inc.*
                             2121 Ponce de Leon Boulevard
                             Suite 650
                             Coral Gables, FL 33134
                             Office:  305-614-4071
                             Fax: 305-440-4385

                             By: /s/ *Alejandro Brito*
                                 **ALEJANDRO BRITO**
                                 Florida Bar No. 098442
                                 Primary: abrito@britopllc.com
                                 Secondary: apiriou@britopllc.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 7th

day of August, 2023 through the Florida Courts E-filing Portal upon:

DINES AND ENGLISH LLC
685 Van Houten Avenue
Clifton, New Jersey 07013
Patrick English, Esq.
New Jersey Bar No. 023811978
dinesandenglish@aol.com
*Counsel for Plaintiff Mahmoud Charr*

BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Jared Lopez, Esq.
Tazio Heller, Esq.
JLopez@RoyBlack.com
theller@royblack.com
civilpleadings@royblack.com
BAndrade@royblack.com
*Counsel for Plaintiff Mahmoud Charr*

Joseph J. Portuondo, Esq.
110 Merrick Way
Suite 3-B
Coral Gables, FL 33134
JJP@portuondolaw.com
*Counsel for Plaintiff Gilberto Mendoza, Jr.*

ACTUATE LAW, LLC
Stacy J. Rodriguez, Esq.
641 W. Lake Street,
5th Floor
Chicago, Illinois 60661
Stacy.rodriguez@actuatelaw.com
*Counsel for Defendant World Boxing Association, Inc.*

By: /s/ *Alejandro Brito*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071