UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MAHMOUD CHARR,

    Plaintiff,

v.                                                                          Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_ AND CONSENT TO DESIGNATION**

    THIS CAUSE having come before the Court upon the Motion to Appear *Pro Hac Vice* for Gabriel Hinman and Consent to Designation (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED and ADJUDGED that:

    The Motion is GRANTED. Gabriel Hinman, Esq. may appear and participate in this action on behalf of Gilberto Mendoza, Jr.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this __ day of _____, 2023.

                                                                                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record