UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MAHMOUD CHARR,

    Plaintiff,

v.                                                            Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE* AND**
**CONSENT TO DESIGNATION**

    In accordance with Local Rules 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of co-counsel, Robert E. Mack, Esq. of the law firm of SMITH ALLING, P.S., 1501 Dock Street, Tacoma, Washington 98402, Telephone: (253) 627-1091, E-mail: rmack@smithalling.com, for purposes of appearance as co-counsel on behalf of defendant Gilberto Mendoza Jr.. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Gabriel Hinman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Robert E. Mack, Esq. is not admitted to practice in the Southern District of Florida. Robert E. Mack is an attorney in good standing with the Washington State Bar Association and licensed to practice in the state courts of Washington and the United States District Court for the

Western District of Washington and Eastern District of Washington, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

2.     Robert E. Mack was admitted *pro hac vice* in this matter as counsel for defendant World Boxing Association, Inc. on January 18, 2023.

3.     Movant, Joseph J. Portuondo, 110 Merrick Way Ste. 3B, Coral Gables, FL 33134, Tel. 305-666-6640, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

4.     In accordance with the Local Rules of this Court, Robert E. Mack has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

5.     Pursuant to S.D. Fla. Local Rule 7.1(a)(1)(M) and 7.1(2), a proposed order granting this motion is attached here as Exhibit A and will be submitted via e-mail to the Court pursuant to Section 3I(6) of the CM/ECF Administrative Procedures.

WHEREFORE, Joseph J. Portuondo, Esq. moves this Court to enter an Order authorizing Robert E. Mack, Esq., to appear before this Court on behalf of defendant Gilberto Mendoza, Jr. for all purposes relating to the proceedings in the above-styled matter.

Dated: August 24, 2023

        Respectfully submitted,

        Joseph J. Portuondo, Esq.
        110 Merrick Way
        Suite 3 – B
        Coral Gables, Florida 33134
        PH:     (305) 666 - 6640
        Email: jjp@portuondolaw.com

        By: *Joseph J. Portuondo*
           Joseph J. Portuondo, Esq.
           Fla. Bar No. 310034

        *Counsel for Defendant Gilberto Mendoza, Jr.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR,

      Plaintiff,

v.   Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

      Defendants.
_____/

**CERTIFICATION OF ROBERT E. MACK**

Robert E. Mack, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am an attorney in good standing with the Washington State Bar Association and licensed to practice in the state courts of Washington and the United States District Court for the Western District of Washington and Eastern District of Washington, the Ninth Circuit Court of Appeals, and the United States Supreme Court; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: August 24, 2023                       */s/ Robert E. Mack*
                                                 Robert E. Mack

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all other counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing at this time.

By: /s/ *Joseph J. Portuondo*
Joseph J. Portuondo, Esq.

# SERVICE LIST
*CASE NO. 21-CV-61654-WPD*

Alejandro Brito, Esq.
Brito, PLLC
2121 Ponce de Leon Blvd
Suite 650
Coral Gables, FL 33134
(305) 614 - 4071
abrito@britopllc.com
*Counsel for Don King,*
*Don King Productions, Inc.* and
*Epic Sport and Entertainment, Inc.*

Patrick English, Esq.
Dines and English
685 Van Houten Avenue
Clifton, NJ 07013
(973) 778 - 7575
dineandenglish@aol.com
*Counsel for Plaintiff*

Donald J. Hodson, Esq.
Black Srebrink P.A.
201 S. Biscayne Blvd
Suite 1300
Miami, FL 33131
(305) 358 - 6421
dhodson@RoyBlack.com
*Counsel for Plaintiff*

Jared Lopez, Esq.
Black Srebrink P.A.
201 S. Biscayne Blvd
Suite 1300
Miami, FL 33131
(305) 358 - 6421
Jlopez@RoyBlack.com
*Counsel for Plaintiff*

Stacy J. Rodriguez, Esq.
ACTUATE LAW, LLC
641 W. Lake Street, 5th Floor
Chicago, Illinois 60661
(312) 462-0543
stacy.rodriguez@actuatelaw.com
*Counsel for World Boxing Association*

Robert Mack, Esq.
Smith Alling, P.S.
1501 Dock Street
Tacoma, Washington 98402
(253) 627-1091
Rmack@smithalling.com
*Counsel for World Boxing Association*

Gabriel Hinman, Esq.
Smith Alling, P.S.
1501 Dock Street
Tacoma, Washington 98402
(253) 627-1091
Gabe@smithalling.com
*Counsel for World Boxing Association*