**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

MAHMOUD CHARR,

      Plaintiff,

v.                                              Case No. 21-CV-61654-WPD

DON KING, individually,
DON KING PRODUCTIONS, INC, a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

      Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_ AND CONSENT TO DESIGNATION**

      THIS CAUSE having come before the Court upon the Motion to Appear _Pro Hac Vice_ for Robert E. Mack and Consent to Designation (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

      ORDERED and ADJUDGED that:

      The Motion is GRANTED. Robert E. Mack, Esq. may appear and participate in this action on behalf of Gilberto Mendoza, Jr.

      DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record