UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61654-WPD

MAHMOUD CHARR,

     Plaintiff,

v.

DON KING, individually,
DON KING PRODUCTIONS, INC., a
foreign corporation,
EPIC SPORTS AND ENTERTAINMENT,
INC., a Florida corporation,
WORLD BOXING ASSOCIATION, INC., a
foreign corporation, and
GILBERTO MENDOZA, JR., individually,

     Defendants.

_____/

### ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motions to Appear *Pro Hac Vice*, Consent to

Designation, and Request to Electronically Receive Notices of Electronic Filing [DE's 117, 118]

(the "Motions"). The Court has carefully reviewed the Motions and is otherwise fully advised in

the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

The Motions [DE's 117, 118] are **GRANTED**. Gabriel Hinman and Robert E. Mack may

appear and participate in this action on behalf of Gilberto Mendoza, Jr.

The Court reserves the power to withdraw permission for special appearance prior to and

during the time of trial. Failure to abide by any Court order <u>or</u> failure to appear at any scheduled

matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must

be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 28th day of August, 2023.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Counsel of record